# INDEX OF EXHIBITS

## TO

## STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, PLC'S MOTION FOR SUMMARY JUDGMENT

(Michael Shane Christopher, et al. v. SmithKline Beecham Corporation, d/b/a
GlaxoSmithKline, Case No. CV 08-01498-PHX-FJM)


Exhibit B          Michael Shane Christopher April 22, 2009 Deposition Excerpts
                   and Exhibits thereto (Part 3 of 3)



# FIELD COACHING TOOL KIT
## FOR SALES PROFESSIONALS

EXHIBIT 22
Althea L. Miller
CSR No. 3353
Date: 4/22/09
Witness: Christopher

gsk GlaxoSmithKline

CONFIDENTIAL

GLAXC016785

## TABLE OF CONTENTS

1. INTRODUCTION AND OVERVIEW .........................1

2. ANNOTATED AND SAMPLE VERSION
   OF FIELD COACHING TOOL ............................5

3. SALES PROFESSIONAL INSTRUCTIONS ...................9

4. PDP ...............................................11

5. SALES FORCE EFFECTIVENESS .........................15
   Winning Practices
   Winning Expectations
   Sales Model

**Table of Contents**

Field Coaching Tool Kit for Sales Professionals

GLAXC016787

## INTRODUCTION & OVERVIEW

We are pleased to introduce to you the new global GSK Field Coaching Tool (FCT). The FCT was developed as part of the Worldwide Sales Force Excellence project. Just like the WSFE Sales Call Model and Coaching Model, the FCT was developed by a global GSK team and is the result of best practices from around the world. For the first time ever, the new FCT is consistent across all GSK sales divisions and geographical boundaries worldwide!

The Field Coaching Tool Kit has been developed as an "all in one" reference guide, providing you with the resources and information you need for effective Field Coaching Contacts.

Throughout the Field Coaching Tool Kit the term Sales Manager applies to all GSK first line sales managers:
- DSM        District Sales Manager
- TSM        Therapeutic Specialty Manager
- TSD        Therapeutic Specialty Director
- RSD        Regional Sales Director (HIV, NH, ONC, VAC).

The term Sales Professional applies to all GSK field sales positions:
- Sales Representative (all levels)
- Therapeutic Specialty Representative
- Vaccine Sales Representative
- Account Manager (ONC, VAC)
- Clinical Specialist (HIV, NH)

GLAXC016788

## FCT OVERVIEW

The Field Coaching Tool is designed as a performance enabler. It serves as a guide for identifying areas of strength and areas that need improvement at each stage of the GSK Sales Call Model based on observations during Field Coaching Contacts.

The FCT is also a coaching and development resource designed to capture and provide focused feedback on proven high impact sales tactics and targeted Winning Practices.

The result is a clear and concise focus on the current state of performance, specific areas for improvement, and the steps to achieve agreed-upon goals. It is equally valuable to the manager and the representative as a way of working together to improve selling skills and behaviors proven to lead to high impact sales calls.

**The Field Coaching Tool contains:**

| SECTION | FOCUS |
|---|---|
| KEY SALES METRICS | Significant accomplishments or deficiencies in sales performance or call activity. |
| SALES CALL OBJECTIVES | How effectively the day's sales call objectives were met. |
| WHEN, WHY, HOW | Overall effectiveness in applying the new GSK Sales Call Model. |
| HIGH IMPACT SALES TACTICS | Success in applying the proven sales tactics to increase call effectiveness and impact. |
| STEPS IN THE SALES CALL MODEL | Specific areas of strength and/or development for the steps in the sales model. |
| WINNING PRACTICES | Up to 3 Winning Practices for focus. |
| GENERAL COACHING FEEDBACK | Feedback based on progress to date, current performance, as well as future focus. |
| SALES PROFESSIONAL COMMENTS | A place to capture comments about the coaching discussion and view of performance in the sales calls. |

Field Coaching Tool Kit for Sales Professionals

**WHEN?**

The GSK Field Coaching Tool, or FCT, will be launched and ready to use in December 2004. This accomplishes two key objectives:

1. Sales Management will be able to finish out the complete 2004 sales year using the current Field Coaching Report. This is important as the information documented in the FCR builds up to the 2004 Annual Performance Review which will need to be used in the beginning of 2005.

2. The field will be able to kickoff the new selling year (Dec 2004), with the new Field Coaching Tool. This simplifies the transition since data and comments from previous field coaching contacts will not need to be transferred to the new form.

**WHY?**

The new GSK Field Coaching Tool focuses on the behaviors and skills identified through research as being critical in achieving the most effective sales calls. The FCT will guide coaching toward the use of the WSFE GSK Sales Model, tactics of high impact sales calls, targeted Winning Practices, and ongoing development.

Additional key enhancements of the FCT include:
- One central location to access and/or create FCTs.
- A more concise format focused on core skills and behaviors.
- Ability to share between management and Sales Professional without the need to email.
- Ability for FCTs to follow a representative after a transfer or promotion to another manager or director.

**HOW?**

The Field Coaching Tool will reside in Report Center on your laptops under Administration section. Managers will have the ability to create and submit FCTs and Sales Professionals will have the ability to view completed FCTs. The entire FCT will be completed on the Sales Manager's laptop (detailed instructions are provided in this guide).

GLAXC016790

4 | Introduction and Overview

## FIELD COACHING RESPONSIBILTIES

| | SALES PROFESSIONAL | SALES MANAGER/DIRECTOR |
|---|---|---|
| **BEFORE COACHING DAY** | • Organize and review territory data (sales data, target lists, budget, programs, etc).<br><br>• Be prepared to explain your territory business results and the main reasons for them.<br><br>• Review your last Field Coaching Tool and status of commitments made.<br><br>• Organize the call plan for the day. Include a balanced selection of customers - both challenges and successes. Specify issues and objectives for each call.<br><br>• Set development objectives for the field coaching day.<br><br>• Organize sales aids, reprints, samples and car.<br><br>• List any concerns or issues to be discussed with manager. | • Review last Field Coaching Tool and the status of any commitments made to representative.<br><br>• Review sales performance and call activity to know how territory compares with district, region and nation. Understand territory issues, challenges and opportunities.<br><br>• Set objectives for the day, tailored to the individual needs of the representative. Communicate goals in advance, along with any new tools or materials that will be discussed.<br><br>• Be prepared to share relevant best practice examples.<br><br>• Have up-to-date knowledge of resources (e.g., field funds, programs). |
| **DURING COACHING DAY** | • Establish mutually agreed expectations, goals and procedures for the day (including agenda, call objectives, development needs, time allocation, managing other business/calls)<br><br>• Demonstrate strong selling skills, product knowledge, customer relationships, territory management and professionalism.<br><br>• Ask for and be open to constructive feed back to develop skills and improve performance.<br><br>• Bring up any questions, issues & concerns (regarding the territory, customers, team, performance, career or manager).<br><br>• Discuss developmental action steps<br><br>• Familiarize manager with key customers and take time to introduce manager to customers and staff<br><br>• Give feedback to manager.<br><br>• Agree on specific action plans.<br><br>• Ask questions to ensure you clearly understand your manager's assessment of your performance and next steps. | • Arrive on time. Put the representative at ease (establish rapport). Be attentive to representative (minimize impact of other business distractions).<br><br>• Establish mutually agreed expectations, goals and procedures for the day.<br><br>• Review progress since previous field coaching contact.<br><br>• Observe sales process and use of the GSK Selling Model. Provide constructive (specific and motivating) feedback after each call. Add value to call when appropriate, and in manner that's jointly agreed in advance.<br><br>• Offer practical suggestions, best practice examples, and resources.<br><br>• Demonstrate interest in representative's issues and concerns. Ask for feedback to improve value of field coaching.<br><br>• Discuss career development<br><br>• Complete Field Coaching Tool together at end of day so there are no surprises.<br><br>• Get agreement (joint understanding) of what's been accomplished and next steps. Leave the representative feeling motivated / positive. |
| **AFTER COACHING DAY** | • Follow through on action plans.<br><br>• Communicate activities, progress and challenges to manager.<br><br>• Share information and best practices with team.<br><br>• Proactively seek information & development opportunities. | • Follow through on commitments.<br><br>• Share best practices with district.<br><br>• Actively identify development opportunities for representative.<br><br>• Reinforce positive behavior. |

GLAXC016791

**SALES REPRESENTATIVE**
- Drop down list allows selection of district member.
- Title will be accurately reflected upon selection of district member.

**DISTRICT SALES MANAGER**
Name and accurate sales management title will be auto populated.

**TERRITORY AND DATE OF CREATION**
Auto populated.

**SALES CALL OBJECTIVES**

**WHEN WHY HOW**
Click on one selection for each category.

## Field Coaching Tool

Sales Representative : Michael Scott

District Sales Manager : Sue O'Donnel

Territory: 01GA     Date of Creation: 12-12-2004

Dates(s)/Area Worked:     12/13 - Burlington     12/13 - Plattsburgh, St. Albans

**KEY SALES METRICS  Review & provide feedback below.**

### COACHING FEEDBACK

Michael, you're making 102% of your sales target for Respiridone - up from 98% last quarter. Good work. Let's work on increasing that to about 105% for next quarter. Your reach to your ReFLUX 7/8 OFs is below 50%. District expectation is 85% for 7/8 OFs.

**SALES CALL OBJECTIVES  How effectively where today's sales call objectives met?**

### COACHING FEEDBACK

Michael, you met your objectives with Dr. Black and Dr. Travis, though you might have gained a firmer commitment from Dr. Travis if you'd been able to supply him with enough samples. With Dr. Green, you weren't able to achieve your sales call objective because you had to revisit the Respiridone tolerability/ safety issue, which meant you had to return to last call's objective and regain his commitment.

**Were the following areas effectively addressed?**

|  | ALWAYS | OCCASIONALLY | NEVER |
|---|---|---|---|
| **WHEN** THE CUSTOMER(S) SHOULD USE HIS/HER BRAND(S)? |  | ● | ○ |
| **WHY** THE CUSTOMER(S) SHOULD USE HIS/HER BRAND(S)? | ○ | ● | ○ |
| **HOW** THE CUSTOMER(S) SHOULD USE HIS/HER BRAND(S)? | ○ | ● | ○ |
| **COACHING FEEDBACK** | When you remember to anticipate and answer the customer's "When? Why? How?" questions, you do it well: clear answers that give customer all the necessary information. You also want to make sure that you're tailoring your answers to EVERY customer's practice - beware of simply piling on generic information. | | |

GLAXC016792

6 | **Annotated and Sample Version of Field Coaching Tool**

Were the following Sales Tactics effectively addressed?

| HIGH IMPACT SALES TACTICS Click on one selection for each category | | ALWAYS | OCCASIONALLY | NEVER | HIGH IMPACT SALES TACTICS |
|---|---|---|---|---|---|
| | **MAKE REFERENCE TO ALL OF:** <br> • DOSAGE? <br> • TOLERABILITY/SAFETY? <br> • EFFICACY? <br> • COMPARATIVE DATA? (AS APPROPRIATE) | | ● | | |
| | **USE BOTH:** <br> • SALES AIDS? <br> • CLINICAL PAPERS? | ● | | | |
| | **DESCRIBE THE BUSINESS ENVIRONMENT** <br> • REIMBURSEMENT <br> • FORMULARY STATUS | | ● | | |
| **COACHING FEEDBACK** | Your sales calls were effective in delivering dosage, efficacy, & tolerability. In order to make your calls most effective however, make sure you present comparative data as well. <br><br> Great job using BOTH a Sales Aid and Clinical consistently on all sales calls. | | | | |

GLAXC016793



## GSK SALES CALL MODEL

**Provide specific examples/observations of:**



| STEPS IN THE SALES CALL MODEL | AREAS OF STRENGTH | AREAS OF DEVELOPMENT |
|---|---|---|
| **PRE-CALL PLANNING**<br>• Reviewing and analyzing customer profiles<br>• Setting SMART sales call objectives<br>• Organizing sales calls to maximize results | • excellent PDX<br>• objectives were SMART | • organization needed more samples for Dr. Travis<br>• need better post-call notes to help with planning next calls |
| **OPENING/RAPPORT**<br>• Building a relationship with the Total Practice<br>• Gaining customer interest through an engaging opening statement<br>• Transitioning from general dialogue to painting a patient picture | • gains interest guiding engaging and friendly; good "Total Practice Call" behaviors (e.g., Dr. Black's receptionist) | • need to develop better understanding of customer's patients paint a patient picture |
| **UNCOVERING NEEDS**<br>• Asking insightful questions<br>• Active listening | • asked Dr. Black 2 good questions about his asthma patients; learned more about patients in practice | • slow down: gave Dr. Green a lot of information without asking questions to confirm agreement or understanding |
| **POSITIONING BRAND BENEFITS**<br>• Link features and benefits<br>• Deliver key selling messages | • effective use of the Monroe pager and excellent ability to differentiate Respilitons from Cortical especially good with Dr. Travis<br>• showed real passion for the brand | • watch out for information dump: clinical evidence will always be more compelling if you link it to a particular patient - make sure you paint a patient picture<br>• when presented with a question on tolerability, talked about efficacy instead |
| **CLOSING/BRIDGING**<br>• Recognizing buying signals<br>• Asking for a commitment<br>• Introducing (or bridging to) 2nd position brand | • effectively mapped out next steps for all three customers (and scheduled times to check in) | • as with uncovering needs (above) need to pace yourself - asked for a commitment from Dr. Green before he'd answered your questions or asked any of his own.<br>• need to work on smooth bridging to 2nd position product |
| **POST-CALL ANALYSIS**<br>• Updating customer profile<br>• Conducting self-evaluation<br>• Following up on promises | | • not enough post-call effort: need to improve post-call notes -fuller information; look for movement on the Brand Bonding Ladder |
| **ANSWERING QUESTIONS AND CONCERNS**<br>• Using the APACT process (Acknowledge, Probe, Answer, Confirm, and transition) for addressing questions and concerns<br>• Using the MILD framework (Misconceptions, Indifference, Limitations, Doubts) to answer questions and concerns | • provided Dr. Green with good information to help him understand tolerability of Respilitons: appropriate acknowledgement and very good transitioning | • Dr. Green's not initiating Respir. with the 2 patients suggests you need better patient picture understanding at last call work on When? Why? How? |

GLAXC016794

8 | Annotated and Sample Version of Field Coaching Tool



**Field Coaching Tool**

Select up to 3 Winning Practices for focus and record the demonstrated behavior



**WINNING PRACTICES**

Select Winning Practice from drop down list.

**FOCUS ON WINNING PRACTICES**

| Winning Practice #1 | Evidence Level |
|---|---|
| Masters disease area and product knowledge | Proficient |

| Winning Practice #2 | Evidence Level |
|---|---|
| Gains insight into key customers | Foundational |

| Winning Practice #3 | Evidence Level |
|---|---|
| | |

**Coaching Feedback:** You exhibited strong product knowledge and were able to effectively utilize clinicals for your major brands throughout the day. This helped you in establishing credibility with your customers and delivering a more impactful message.

An area to focus on for development is your ability to gain insight into your key customers. Work on probing your customers to determine their patient types and therapeutic interests. Based on this information, you can deliver clinical information which will have the most relevance and impact on your customers. This will allow you to tailor your message and make it less generic.

**GENERAL COACHING FEEDBACK**



**Progress to Date/Current State:**
Overall, you showed improvement in your performance of the Sales Call Model behaviors. Your Product and Disease Knowledge makes you a trusted advisor to customers, and you epitomize "Brand Selling with Passion."

**Future Focus:**
• Let's work to improve your pre-call planning and post-call analysis
• Improve call activity to your reflux 7/8 of 5 to meet district expectation of 85%

**Next Steps:**
Develop a system you follow for every pre-call plan - rely on the Sales Call Model procedure; review and analyze customer profiles, set a SMART objective, organize the call to maximize results. Let's schedule a 1-week check-in to review some pre-call plans and a 4-6 week check-in to conduct another set of calls together. Ideally with some or all of the same customers

**SALES PROFESSIONAL COMMENTS**

If Sales Professional would like to provide comments, he/she must complete on the manager's laptop.



**SALES PROFESSIONAL COMMENTS**

Thank you for your feedback today. I will work on the areas we discussed today in order to continue to improve my sales performance. My goal over the next 6 months is to earn my Senior Sales Representative promotion.

**Field Coaching Tool Kit for Sales Professionals**

GLAXC016795

## SALES PROFESSIONAL INSTRUCTIONS
Working with the Field Coaching Tool

**To access the Field Coaching Tool:**

1. Double click on the Report Center icon on the desktop.



2. Under Administration, select Field Coaching Tool.



3. Click on any of the headers (User Name, Date or Status) to sort.



**To Copy and Paste between Field Coaching Tools or Word documents.**

The Field Coaching tool uses keyboard shortcuts to Cut, Copy and Paste.

1. Double Click the Field Coaching Tool to open it.
2. Highlight the text.
3. Press Ctrl-C to Copy

*Note: Ctrl-X (Cutting) will not work in a submitted Field Coaching Tool.*

4. Click   to navigate to another Field Coaching Tool.
5. Press Ctrl-V to Paste.

GLAXC016796

10 | **Sales Professional Instructions**

**To Print a Field Coaching Tool:**
1. Select the report to be printed.
2. Click



3. Click



to print.

GLAXC016797

## PDP INTRODUCTION

Beginning in 2005, GSK will institute a Performance and Development Planning, PDP, process for all sales professionals. This new initiative is an important step in the effort to engage and enable employees to deliver their contribution to GSK business success. It is a document used to track employee objectives, accomplishments, strengths and experience, while focusing on development opportunities and aspirations for the future.

### PURPOSE

Performance Development Planning is ongoing between the employee and manager and is used to assess the employee's performance on an annual basis. PDP enables employees to deliver their contribution to GSK's business success and promotes culture for GSK employees. It links reward to performance and it enables individuals to realize opportunities for personal development.

### 2005 PDP PROCESS

Performance Development Planning is an annual process, completed by each GSK Manager and representative field employee after the year end sales numbers are received. Therefore, 2005 PDPs will be completed in the Spring of 2006. This will provide a means of evaluating 2005 year end sales performance while setting 2006 development goals and plans.

### 2004 ANNUAL PERFORMANCE REVIEW PROCESS

2004 Annual Performance Reviews (APR) will be conducted the same as 2003. Since you completed the entire 2004 selling year using the previous Field Coaching Report, nothing changes. The APR tab at the end of the FCR will serve as the year end performance review.

As the 2005 PDP process approaches, detailed information including timelines and instructions will be communicated to the field.

Field Coaching Tool Kit for Sales Professionals

GLAXC016798

12 | PDP Form

**WSFE**
Worldwide Sales Force Excellence

Name/ Territory number: _____     Grade: _____

Title/Sales Force: _____     Plan year: _____

**Product Goal Achievement and Accomplishments for Sales**
(Employee Attaches Year End Insight Quarterly Report)

**Director/Manager Comments on Employee Goal Achievement
and Accomplishments for Sales:**

**Director/Manager Completes GSK Winning Practices Ratings**
(automatic population from Field Coaching Tool)

| WINNING PRACTICES | FOUNDATIONAL PROFICIENT EXPERT | "X" 3 WINNING PRACTICES FOR DEVELOPMENT |
|---|---|---|
| IMPLEMENTS OWN PLAN TO GROW TERRITORY | | |
| GAINS INSIGHT INTO KEY CUSTOMERS | | |
| BUILDS STRONG BUSINESS RELATIONSHIPS AND CUSTOMERS | | |
| MASTERS DISEASE AREA AND PRODUCT KNOWLEDGE | | |
| PREPARES FOR EACH CALL | | |
| ENGAGES EACH CUSTOMER IN A DIALOGUE ABOUT PRODUCTS | | |
| GAINS BEST POSSIBLE COMMITMENT ON EVERY CALL | | |
| CONTINUALLY ADDS VALUE TO THE CUSTOMER | | |
| DEMONSTRATES INITIATIVE, PASSION, AND PERSISTENCE TO GET RESULTS | | |

**Field Coaching Tool Kit for Sales Professionals**

GLAXC016799

**Director/Manager Completes Employees strengths and opportunities
in utilizing the When, Why, How, model.**

|  | ALWAYS | OCCASIONALLY | NEVER | COACHING FEEDBACK |
|---|---|---|---|---|
| **WHEN** THE CUSTOMER(S) SHOULD USE HIS/HER BRAND(S)? | ☐ | ☐ | ☐ | |
| **WHY** THE CUSTOMER(S) SHOULD USE HIS/HER BRAND(S)? | ☐ | ☐ | ☐ | |
| **HOW** THE CUSTOMER(S) SHOULD USE HIS/HER BRAND(S)? | ☐ | ☐ | ☐ | |

**Did the Sales Representative effectively:**

|  | ALWAYS | OCCASIONALLY | NEVER | COACHING FEEDBACK |
|---|---|---|---|---|
| **MAKE REFERENCE TO ALL OF:**<br>• DOSAGE?<br>• TOLERABILITY/SAFETY?<br>• EFFICACY?<br>• COMPARATIVE DATA?<br>*(As appropriate - when head-to-head studies exist)* | ☐ | ☐ | ☐ | |
| **USE BOTH:**<br>• SALES AIDS?<br>• CLINICAL PAPERS?<br>*(Headquarters approved)* | ☐ | ☐ | ☐ | |
| **DESCRIBE THE BUSINESS ENVIRONMENT**<br>• REIMBURSEMENT<br>• FORMULARY STATUS | ☐ | ☐ | ☐ | |

**Employee comments on their individual contribution toward creating a
more effective team. How did they impact sales results and relationships
with customers by working effectively with their team?**
*(Communication, collaboration, routing plan, etc)*

**Director/Manager comments on Employees Selling Skills and Team Work Skills:**

GLAXC016800

14 | PDP Form

## DEVELOPMENT PLAN

**Experience and Development (Employee Completes):**
*In the past year, list developmental experiences completed in the last year.*

**Developmental Aspirations (Employee Completes):**
*Describe professional interests/career aspirations both short term (1-3 years)
and long term (3-5 years).*

**Strengths (Employee Completes):**
*List at least 2-3 GSK Winning Practices and include other areas of knowledge
and experience as appropriate.*

**Development Needs/Gaps (Employee and Director/Manager Completes):**
*list at least 2-3 GSK Winning Practices and include other as identified.*

| DEVELOPMENT AREA | DEVELOPMENT ACTION | TARGET DATE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Director/Manager Comments on Aspirations and Overall Development:**

Field Coaching Tool Kit for Sales Professionals

GLAXC016801

## WINNING PRACTICES FOR GSK SALES REPRESENTATIVES

### Winning Practices Drive Superior Sales Performance

What are the skills, knowledge and behaviors demonstrated by GSK's most-successful sales representatives and managers? Extensive, direct research with GSK top-performers has identified the essential elements of success — Winning Practices.

### Proficiency Levels Provide A Disciplined Approach

There is a set of Winning Practices for managers and another for sales representatives. It's a disciplined approach with each set of Winning Practices described at three progressive levels of proficiency:

- Foundational – the fundamentals of basic performance in a role
- Proficient – the determinants of strong performance in a role
- Expert – the behaviors that differentiate truly superior performers from everyone else

| FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|
| Basic performance | Strong performance | Superior performance |

### Winning Practices Raise The Performance Bar

GSK's high-performers strive to become expert in every Winning Practice. Most people in a new role begin at the foundational level. High performers progress quickly to the expert level with their managers taking every opportunity to accelerate their growth. Winning Practices help create the greatest sales team in America, and make GSK the undisputed industry leader.

### Winning Practices for GSK Sales Representatives

#### Gain Access

1. Implements their own plan to grow the territory
2. Gains insight into key customers
3. Builds strong business relationships with customers

#### Sell Through Dialogue

4. Masters disease area and product knowledge
5. Prepares for each call
6. Engages each customer in a dialogue about products
7. Gains the best possible commitment on every call

#### Keep Adding Value

8. Continually adds value to the customer
9. Demonstrates initiative, passion and persistence to get results

Field Coaching Tool Kit for Sales Professionals

16 | Sales Force Effectiveness

## 1. IMPLEMENTS THEIR OWN PLAN TO GROW THE TERRITORY

| FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|
| ☐ F1 Uses an accurately prioritized customer list to set frequency and reach targets. | ☐ P1 Analyzes the full spectrum of available territory data to identify the most effective physician targets, call frequency and product messages. | ☐ E1 Effectively uses technology to track progress, accurately interprets any variance from objectives, and adjusts plans accordingly. |
| ☐ F2 Efficiently organizes samples, reprints and other resource materials. | ☐ P2 Develops and implements a specific plan of action (coordinated with the sales team) to develop each targeted prescriber and opinion leader. | ☐ E2 Develops and implements innovative approaches to solve problems and overcome barriers to success. |
| ☐ F3 For each promoted product, determines how many prescriptions are needed to make target. | ☐ P3 Efficiently utilizes sales time, effort and resources (speakers, samples, regional medical advisers, etc.) to get the maximum return. | ☐ E3 Gains competitive advantage by quickly recognizing and acting on important local trends, challenges and opportunities to grow the business. |
| ☐ F4 Creates a specific plan to achieve sales objectives; seeks feedback on the plan from sales manager and team members. | ☐ P4 Probes physicians, office staff and pharmacists to stay current on the activities, customer messages and marketing strategies of competitors; shares important information with the sales team. | ☐ E4 Mobilizes and coordinates team members to maximize local business opportunities. |
| ☐ F5 Creates efficient territory route schedules (in coordination with sales team) to achieve frequency and reach targets with key customers. | | |

## 2. GAINS INSIGHT INTO KEY CUSTOMERS

| FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|
| ☐ F1 Uncovers and discusses customers' personal and professional background, interests and goals. | ☐ P1 Knows which information has the most influence on the prescribing decisions of each key customer, including the type of information (studies, stories), the specific sources (journals, physicians) and the medium (printed reprints, discussion, programs, etc.). | ☐ E1 Uses each customer's hot buttons to gain greater access, sales impact and customer satisfaction. |
| ☐ F2 Understands the business factors that influence the prescribing decisions of key customers (including managed care, formulary, pricing, reimbursement, organizational structure, treatment algorithms). | ☐ P2 Knows which people (gatekeepers, office staff, colleagues and thought leaders) influence the prescribing decisions of each key customer. | ☐ E2 Has a complete grasp of the latest prescribing trends of every key customer and uses this insight to improve targeting efforts and selling approach. |
| ☐ F3 Probes key customers to determine their patient types and disease state interests. | ☐ P3 Uses knowledge of each key customer's personal and professional interests to target them with programs and resources of specific value. | |
| ☐ F4 Keeps an organized and current 'notebook' of all pertinent sales and customer data. | | |

GLAXC016803

## 3. BUILDS STRONG BUSINESS RELATIONSHIPS WITH CUSTOMERS

| FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|
| ☐ F1 Respects physicians' time constraints, office rules and credentials. | ☐ P1 Uses strong, cordial relationships developed with the physician's staff to gain reliable access and meet customer needs. | ☐ E1 Creates opportunites to spend extended time developing strong personal relationships with key customers and thought leaders. |
| ☐ F2 Begins to develop rapport with key customers to increase access and selling time. | ☐ P2 Gains access to physician group meetings. | ☐ E2 Uses distinctive methods and persistence to get exposure and access to high-potential customers. |
| ☐ F3 Seeks customer feedback on products, programs and service. | ☐ P3 Initiates in-service programs for staff, nurses and patient groups. | ☐ E3 Implements specific plans that develop thought leaders into GSK product champions. |
| ☐ F4 Constantly projects a professional image that is enthusiastic, friendly, credible and confident (but never overbearing or rude). | ☐ P4 Uses program and event invitations to gain access and strengthen relationships. | ☐ E4 Positions GSK as the "go to" company to help solve business and clinical practice problems. |
| ☐ F5 Maintains updated target lists of key opinion leaders in the territory. | ☐ P5 Develops customer understanding that business outcomes are expected from the relationship | ☐ E5 Leverages strong relationships to produce loyalty and above average market share growth. |
| ☐ F6 Acts ethically at all times. Adheres to industry regulations. Never provides partial or inaccurate drug information that could put patients at risk. Says "no" to business that does not fit company values. | | |

## 4. MASTERS DISEASE AREA AND PRODUCT KNOWLEDGE

| FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|
| ☐ F1 Understands and uses appropriate disease vocabulary with customers. Can describe the related anatomy, physiology, disease epidemiology, symptoms, diagnosis and testing. | ☐ P1 Obtains, reviews and determines the value of the latest relevant clinical research to customers. | ☐ E1 Understands and can spontaneously discuss the results and implications of significant clinical studies, the latest relevant clinical research, and emerging trends in the therapeutic area. |
| ☐ F2 Understands and uses appropriate product vocabulary to articulate the mechanisms of action, pharmacology, indication, efficacy, tolerability, cost, dosage and administration | ☐ P2 Credibly discusses the strengths and weaknesses of all major products in the disease area. | ☐ E2 Identifies potential weaknesses in proof sources, anticipates questions and prepares answers. |
| ☐ F3 Understands how the relevant diseases are diagnosed, prevented and clinically managed. | ☐ P3 Demonstrates knowledge mastery on field re-certification tests. | |

GLAXC016804

## 5. PREPARES FOR EACH CALL

| FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|
| ☐ F1 Reviews previous call notes and ensures follow-up commitments have been met. | ☐ P1 Makes specific pre-call objectives and plans for each customer call, based on an analysis of past calls, recent prescribing trends, and any prescribing restrictions (i.e., formularies). | ☐ E1 "Thinks like the customer" to accurately anticipate customer needs, competitive challenges and customer objections; prepares effective responses and obtains proof sources. |
| ☐ F2 Reviews recent prescription trend data. | | ☐ E2 Develops innovative approaches to create extra interest or impact during the call. |
| ☐ F3 Organizes presentation materials. | ☐ P2 Anticipates the information and resource needs of the customer and has them on hand. | |
| ☐ F4 Knows the best time to see the customer; makes appointments as needed to improve access, company values. | ☐ P3 Knowledgeably selects the selling approach that will be most effective with the customer's personality style, values, and needs. | |

## 6. ENGAGES EACH CUSTOMER IN A DIALOGUE ABOUT PRODUCTS

| FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|
| ☐ F1 Communicates the core selling messages for each product concisely and credibly. | ☐ P1 Consistently uses an effective mix of open, closed and factfinding questions to uncover the customer's underlying business needs, clinical concerns and prescribing preferences. | ☐ E1 Adjusts the timing and approach of the sales call based on an accurate read of the office climate, customer receptivity and situational opportunity. |
| ☐ F2 Builds on information from previous calls to create customer interest. | | ☐ E2 Leverages the influence of thought leaders and gatekeepers ("Dr. X says") to build sales momentum. |
| ☐ F3 Provides accurate and balanced information. | ☐ P2 Paints compelling pictures of patient and medical practice benefits. | |
| ☐ F4 Accurately interprets the customer's verbal and non-verbal expressions of interest. | ☐ P3 Credibly discusses treatment guidelines and recommended treatment strategies for multiple patient types. | ☐ E3 Engages the physician in a deeper level conversation about products, research, expert opinion and prescribing practices. |
| ☐ F5 Successfully differentiates the features and benefits of each product from those of competitors. | ☐ P4 Engages customers in a conversation that elicits their questions and quickly uncovers their objections. | ☐ E4 Makes effective group presentations; anticipates and adjusts to the needs of the audience. |
| ☐ F6 Encourages customers to provide feedback on their experiences and attitudes with products. | ☐ P5 Immediately and effectively addresses underlying objections and counters competitor claims in an objective and conversational manner. | |
| ☐ F7 If needed information is not at hand, promptly follows up to ensure the customer gets it. | | |

GLAXC016805

## 7. GAINS THE BEST POSSIBLE COMMITMENT ON EVERY CALL

| FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|
| ☐ F1 Reviews agreed-upon benefits to obtain preliminary commitment. | ☐ P1 Recognizes buying signals (such as information seeking, compliments) and knows when to ask for commitment. | ☐ E1 Recognizes which commitment is most important for the business. |
| ☐ F2 Asks questions to check for satisfaction and resolution of objections. | ☐ P2 Gains specific commitments from physician to use the product with appropriate patient types. | ☐ E2 Asks for the business – creatively and professionally – to gain the maximum commitment on every call. |
| ☐ F3 Captures the key elements of the call in call notes and promptly communicates any information beneficial to counterparts. | ☐ P3 Follows up on customer commitment; tracks commitment success. | ☐ E3 Always leaves the office with a tangible "next step" commitment that increases the importance of the next call. |
| ☐ F4 Seeks physician commitment to prescribe. | | |

## 8. CONTINUALLY ADDS VALUE TO THE CUSTOMER

| FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|
| ☐ F1 Responds promptly to customer requests and concerns. | ☐ P1 Identifies customer needs and takes appropriate action to sustain high satisfaction levels. | ☐ E1 Uncovers and seizes novel opportunities to benefit the physician, staff, patients or business operation. |
| ☐ F2 Actively monitors the customer satisfaction level throughout the office. | ☐ P2 Collaborates effectively with others in the field, community and corporate office to identify and address customer needs, gain repeated access for the entire team, and maximize sales impact. | ☐ E2 Develops a strong network and uses this to link key customers with the resources, people or opportunities that could benefit them. |
| ☐ F3 Recruits the right customers for company programs. | ☐ P3 Seeks out additional information that would be of value to the customer (proof sources, medical staff queries, etc.). | ☐ E3 Utilizes working knowledge of significant off-label studies. |
| ☐ F4 Gets the most out of promotional resources. | ☐ P4 Assists customers in achieving their professional and business goals. | ☐ E4 Uses knowledge of key customers' business and marketplace trends to help them "think into the future" and adapt or improve their businesses. |
| | ☐ P5 Plans and implements value added programs that successfully influence customer knowledge, strengthen relationships and differentiate the company from competitors. | ☐ E5 Becomes a visible and contributing member of the medical community (membership on important committees, fundraiser leadership, etc.) |

GLAXC016806

20 | Sales Force Effectiveness

### 9. DEMONSTRATES INITIATIVE, PASSION AND PERSISTENCE TO GET RESULTS

| FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|
| ☐ F1 Sets specific and challenging personal goals. | ☐ P1 Conveys passion for the business. | ☐ E1 Demonstrates relentless energy and persistence in pursuing goals, exceeding customer expectations and overcoming obstacles. |
| ☐ F2 Coordinates with team members to achieve seamless customer service, repeated access and maximum sales impact (customer targeting, call frequency, routing, product messages, sample distribution, follow-up efforts, etc.). | ☐ P2 Shows resilience, optimism, adaptability and the desire to learn from even the most difficult situations. | ☐ E2 Accepts full responsibility for the success of the territory; rarely offers situational excuses for sub-optimal performance. |
| ☐ F3 Uses any gap time between appointments to expand knowledge, gain customer insight or build relationships. | ☐ P3 Adjusts work schedule (nights, early mornings, weekends and timing of vacation) to efficiently increase customer contact. | ☐ E3 Readily offers other reps the practical help, suggestions and coaching they need to strengthen their performance. |
| ☐ F4 Critiques each sales call to identify specific ways to improve future calls. | ☐ P4 Constantly seeks out and utilizes others' best practices. | ☐ E4 Implements plans that will ensure long-term success even though they may not show immediate benefits.) |
| | ☐ P5 Creates and successfully implements a personal development plan focused on areas that will have the greatest performance impact. | |

GLAXC016807

## GSK WINNING EXPECTATIONS FOR SALES PROFESSIONALS

**THINGS YOU MUST KNOW**
*GSK policies and procedures that guide all
sales professionals' activity*

**GSK Commercial Practices Policies:**
These guidelines inform sales people about what promotional
activities (such as speaker programs, entertaining, etc.), GSK
considers appropriate for use in gaining access to physicians.
These guidelines meet PhRMA's Code of Promotional Ethics
which GSK helped establish.

**GSK Corporate Policies:**
These policies govern and guide business conduct for GSK and all
its employees. The policies cover important aspects of GSK's business
and establish the minimum requirements with which all
employees must comply.

**Regional and District Expectations:**
These guidelines outline policies and procedures that may be
specific to regions or districts.

**Sales Objectives:**
Every business unit has identified sales objectives which are used
as planning tools and help define success in the territory.

**Product Knowledge and Disease State**
As outlined in Winning Practices, sales professionals are responsible
for mastering disease area and product knowledge not only
for GSK products but competitors' products as well.

**THINGS TO DO**
*Selling behaviors utilized on the job*

*Winning Expectations: These are the basic performance expectations
for all sales people that establish baseline standards for
Professionalism, Administration and Work Effort.*

**Winning Practices:**
Based on extensive research with top-performing field sales professionals,
these are the knowledge, skills and behaviors that will
help sales professionals become more successful. The behaviors
are described at three progressive levels of proficiency – foundational,
proficient, and expert – so sales professionals can see
what it takes to be a top performer.

**GSK Sales Call Model:**
The GSK Sales Call Model is proven to help Sales Professionals deliver the most effec-
tive, high impact sales calls to customers.

GLAXC016808

## DEVELOPMENT SUPPORT
*Tools and programs from GSK to help develop sales professionals*

### Field Coaching:
GSK supports sales professionals in their career and professional development by having their managers spend time in the field with them during regular customer calls to coach them on their selling skills, product knowledge and Winning Practices.

### Self Development Guide:
This guide is intended to help sales professionals take a proactive role in their own development. It will contain hundreds of practical suggestions for on-the-job development of Winning Practices.

### Sales Training:
GSK has a range of training and development support to help sales people in their career development. These are available in classroom, online, or self-study formats.

### Sales Book of Opportunities:
This new career-building resource guide describes over 45 of the most common field positions across seven business units and provides the criteria to get promoted. It also provides sales professionals with the information to understand the many opportunities available across the company and highlights how sales professionals can build their careers within GSK.

## MEASUREMENT AND REWARD
*Tools and policies affecting how a sales professional is evaluated*

### Field Coaching Tool:
This is a tool which managers use regularly to coach a sales person's performance, including sales results and proficiency on Winning Practices. The report helps managers coach their sales professionals to improve their performance.

### Annual Performance Appraisal:
This evaluation is a culmination of the sales professional's performance and development based on the year's Field Coaching Tools.

### Winning Formula:
This is GSK's sales compensation program which includes both base pay and incentive compensation tied to the Annual Performance Appraisal. Its philosophy is 'superior pay for superior performance.'

### Promotional Criteria:
These are specific criteria which GSK utilizes to promote sales professionals. The criteria emphasize demonstrated performance and Winning Practices proficiency.

### GSK Spirit Awards:
This award program recognizes employees who embrace and exemplify the spirit of GSK by demonstrating exceptional performance.

GLAXC016809

## RECOMMENDED STANDARDS

### PROFESSIONALISM

**Policy Compliance**
Thoroughly understands and complies with all company policies, including commercial policies for sales employees.

**Integrity**
Delivers on promises with organizational and individual trustworthiness.

Represents GSK in a way that never puts a patient at risk.

Exercises good business judgment at all times.

**Image**
Wears professional business attire with customers and professionally appropriate attire at all GSK-sponsored events.

Always projects a professional image.

Maintains a clean and serviced company car.

**Accountability**
Accepts personal responsibility and accountability for territory and personal success.

Works with manager and team to identify pathways to success.

**Attitude**
At all times, conveys respect for customers, patients, peers, managers and the company.

**Personal Development**
Prepares for and fully participates in the Field Coaching process. This includes completion of the relevant sections of the Field

Coaching Report prior to each coaching day.

Takes responsibility for initiating and implementing personal development plans.

GLAXC016810

## ADMINISTRATION
*To maximize access to customers, most administrative activities should be completed outside of selling hours*

### Voicemail
Checks company voicemail a minimum of three times per workday (morning, mid-day, and early evening by 6:00 p.m.).

Responds to messages in a timely manner.

Voicemail use complies with GSK policies and is utilized for business purposes only.

### Expense Reporting
Completes expense reports according to GSK policy.

Utilizes the American Express Corporate T&E Card for all travel-related expenses, including airfare, rental cars, hotel,meals, entertainment and miscellaneous expenses when accepted.

Aligns expenses in compliance with Commercial Policies and Practices.

Reports expenses according to GSK policy.

Utilizes and manages assigned budgets and company funds appropriately.

### Territory Management
Utilizes the new targeting methodology to create route plans/call cycles.

Engages in Pre-Call Planning to develop specific and customized call objectives per prescriber.

Enters and transmits calls daily.

Records focused, actionable, and beneficial post-call notes, preferably following each call.

Effectively analyzes the business using appropriate targeting, planning, and Passport Plus reports.

Maintains the integrity of the Territory Universe based on business rules.

### E-mail
Checks e-mail in a timely manner in order to stay abreast of business issues and fulfill job responsibilities.

### Sample Management
Complies with GSK Sample Accountability and PDMA guidelines.
- GSK requires that two physical inventories be performed in the presence of the DSM.
- Sample Management recommends monthly review of Sample Balances in Passport Plus for on-hand quantities.
  This review should not be entered into Passport Plus.

### Fleet
Complies with GSK Fleet Policy and the Safe Driver Policy when operating company vehicles.

GLAXC016811

## WORK EFFORT

### Hours

Normally works during regular GSK selling hours, from 8:30 a.m. to 5:00 p.m., with occasional evening or weekend customer interactions.

### Absence Reporting

Notifies manager in advance of time out of the territory during regular selling hours (or as soon as practical in the case of an illness or emergency), and documents absence (Passport Plus).

Accurately records Time Off Territory in Passport Plus.

### Customer Contact

Complies with PDMA Guidelines and CPP.

Meets the minimum expectations for call activity established in each division and specified on the Individual Field Coaching Report.

For representatives in Pharma, CNS & Respiratory:

Engages an average of eight healthcare prescribers in a product sales dialogue each workday.]

### Adverse Events

Report Adverse Events within 24 hours to Customer Response Center (888-825-5249) or fax AE Initial Notification Form to GCSP.

### Definition of a Sales Call

*A sales call is defined as the following:*

Having face-to-face contact with the healthcare prescriber.

Communicating the core selling message. This includes covering the patient type and disease state, translating product features into benefits, reviewing the dosing for the product, and closing by gaining some type of action commitment from the healthcare prescriber.

Utilizing a visual aid or appropriate selling materials for reinforcement.

When appropriate, using the following Steps of the GSK Sales Call Model: Opening/Rapport; Uncovering Need; Positioning Brand Benefits; Closing/Bridging; Answering Questions and Concerns

Utilizing Pre-Call Planning and Post-Call Analysis.

Leaving Prescribing Information behind on every call.

Providing the healthcare prescriber with compelling reasons to prescribe your drug by differentiating it from the competition.

GLAXC016812

## GSK SALES CALL MODEL



### THE CRUCIAL QUESTIONS:

**When?**   Every call.  Every time.

**Why?**   Research supports the need for a customer-centric approach
and higher-impact sales call.

**How?**   Six Simple Steps. Six high-impact tactics.
Three key questions - When? Why? How?
-- that connect the customer, the patient, and the GSK brand.

**Results?**   55% intent to prescribe

### THE BRAND BONDING LADDER:

Is a model that describes the progression of customer acceptance and use of a particular brand from a sales and marketing perspective.  It is based upon a customer's beliefs and behavior of your brand. Customers are identified as a Non-User, Trial/Intermittent User, Regular User, or Drug of Choice.  The Brand Bonding Ladder plays an important role in structuring a representative's selling strategy with a customer.

The Brand Bonding Ladder is a tool that:
* Helps representatives set appropriate Sales Call objectives
* Guides a representatives dialogue with customers and the key selling messages
* Helps determine long-term sales objectives to pursue with each customer

GLAXC016813

**STEP 1:       PRE-CALL PLANNING**

Key Approaches to Successful Pre-Call Planning
1. Review and Analyze Customer Profiles
2. Set SMART Sales Call Objectives
3. Organize the Sales Call to Maximize Results

**STEP 2:       OPENING/RAPPORT**

Key Approaches to Successfully Opening the Call/Building Rapport
1. Building a relationship with the Total Practice
2. Gain customer interest through an engaging opening statement
3. Transitioning from general dialogue to painting the patient picture

**STEP 3:       UNCOVERING NEEDS**

Key Approaches to Successfully Opening the Call/Building Rapport
1. Asking Insightful Questions
2. Active Listening

**STEP 4:       POSITIONING BRAND BENEFITS**

Key Approaches to Successfully Positioning Brand Benefits
1. Link Feature to Benefits
2. Deliver Key Selling Messages

Deliver the Six High-Impact Tactics:
Reference:
- Efficacy
- Dosage
- Tolerability/Safety
- Comparative Data

Using Headquarters Approved:
- Sales Aids(s)
- Clinical Paper(s)

**STEP 5:        CLOSING/BRIDGING**

Key Approaches to Successful Closing/Bridging
1.  Recognize Buying Signals - verbal and non-verbal
2.  Ask for Commitment to Action
    Follow the 4-Step Process to Close the Sales Call Effectively
       - Summarize
       - Ask
       - Confirm
       - Seek
3.  Introduce or Bridge to your 2nd Position Brand

**STEP 6:       POST-CALL ANALYSIS**

Key Approaches to Successfully Completing a Post-Call Analysis
1.  Update Customer Information by recording quality call notes
2.  Conduct a Sales Call Self-evaluation after each Sales Call
3.  Follow-up on Promises

## ANSWERING QUESTIONS AND CONCERNS
Key Approaches to Successfully Answering Questions and Concerns

- **A**cknowledge         *Classify the Question or Concern into one of four categories:*
- **P**robe               **M**ild
- **A**nswer              **I**ndifference
- **C**onfirm             **L**imitation
- **T**ransition          **D**oubt

GLAXC016815



## Field Coaching Tool

| PHARMA SR SALES REP: | CHRISTOPHER, MICHAEL (T2DHL1) T2DHL1 | DISTRICT SALES MGR: | GOLSON, JOSEPH |
|---|---|---|---|
| Territory : | | Date of Creation : | 10/05/2006 |
| Date(s)/Area Worked : | October 4 & 5, 2006 - Phoenix North | | |

EXHIBIT 23
Althea L. Miller
CSR No. 3353
Date: 4/22/09
Witness: Christopher

### KEY SALES METRICS  Review and provide your feedback below.

**Coaching Feedback**

FIRST QTD Summer, August '06 Boniva Mkt Shr Pt Chg: Natl +2.1, Reg +2.4, Dist +2.5, Terr 2.5, GOAL +1.5  Advair Pr % Chg: Natl -1.4, Reg +2.9, Dist +0.3, Terr +3.9, GOAL +10.7  Advair Mkt Shr Pt Chg: Natl -1.8, Reg -1.6, Dist -1.7, Terr GOAL +1.3  WXL Mkt Shr Pt Chg: Natl +0.1, Reg +0.1, Dist +0.3, Terr +0.3, GOAL +0.2   IYTD prescriber calls/day ave 8.70 and the expectation is 8.0; details/call average is 1.80 and the expectation is 2.0; pharmacy calls/day average is .41 and the national expectation is 2.0 while the regional expectation is 3.0.

### SALES CALL OBJECTIVES  How effectively were today's sales call objectives met?

**Coaching Feedback**

Shane's primary call objective was to sell the efficacy of Boniva in increasing bone mineral density (BMD) over time. He was using the bar graph in the sales aid derived from the MOBIL study that demonstrated that BMD was greater at one year with the once monthly dose than with the once daily dose and that 2 yr. BMD values for the once monthly dose was greater than the 1 yr. values. Customers agreed that Boniva was effective at increasing BMD in patients over time.

### Were the following areas effectively addressed?

| | Frequently | Occasionally | Seldom |
|---|---|---|---|
| When the customer(s) should use his/her brand(s)? | ✓ | | |
| Why the customer(s) should use his/her brand(s)? Did you deliver the Core Messe each product detailed? | ✓ | | |
| How the customer(s) should use his/her brand | ✓ | | |
| Coaching Feedback | Shane effectively addressed when, why, and how during sales calls. | | |

### Were the following Sales Tatics effectively addressed?

| | Frequently | Occasionally | Seldom |
|---|---|---|---|
| Make references to ALL of: * Dosage * Tolerability/Safety * Efficacy * Comparative data?  (As appropriate) | ✓ | | |
| Use BOTH: * Sales Aids * ClinicalPapers? | | ✓ | |
| Describe the Business Environment: * Reimbursement * Formulary status | | ✓ | |


**Coaching Feedback**

Shane effectively addressed dosage, efficacy, & safety during sales calls. Shane occasionally used the BALTO study to prove that patients prefer a once monthly dose over a once weekly dose. Using additional proof sources, such as the BONE or MOBIL studies would add credibility and provide evidence for product claims being made. The expectation is that a clinical study be used in conjunction with a sales aid. In the case of Boniva this should be easy as data in the sales aid come from these studies.  Shane occasionally addressed managed care formulary status and reimbursement. He was leaving reimbursement information for those customers who expressed interest in Boniva IV. Managed care formulary status seems to be an area of development for Shane with regard to Boniva. He should study and commit to memory both the commercial and Medicare formulary and tier level for Boniva for each plan. Shane should also discuss Boniva's widening availability on plans.

GSK Sales Call Model Providespecific examples/observations of:

| Steps in the Sales Call Model | Areas of Strength | Areas of Development |
|---|---|---|
| **Pre-Call Planning**<br> * Reviewing and analyzing customer profiles<br> * Setting SMART sales call objectives<br> * Organizing sales calls to maximize results | Shane's territory routing is coming together. He is balancing his time in time in each are of the territory geography well and is spending less time driving. Daily call scheduling is more efficient. | Shane should identify 10 - 15 high market volume/low Boniva volume customers in the territory to develop and grow their Boniva prescribing during the fall quarter. Promotional focus should be focused on these 10 - 15 customers with the greatest potential for conversion to prescribing Boniva or prescribing more Boniva. |
| **Opening/ Rapport**<br> * Building a relationship with the Total Practice<br> * Gaining customer interest through an engaging opening statement<br> * Transitioning from a general dialogue to painting a patient picture | | |
| **Uncovering Needs**<br> * Asking insightful questions<br> * Active listening | | Shane should ask questions to dig deeper into why customers do not prescribe Boniva or why the do not prescribe more Boniva. He must try to uncover issues so he knows where to work to resolve them and earn more business. |
| **Positioning Brand Benefits**<br> * Link features and benefits<br> * Deliver key selling messages<br> * **Core Message** and Feature/Benefit Statements that support the **Core Message** | Shane was effectively delivering the message that Boniva is very effective at increasing BMD which reduces the probability of fracture and that Boniva may increase compliance and persistence with its once monthly dosing. | |
| **Closing/ Bridging**<br> * Recognizing buying signals<br> * Asking for a commitment<br> * Introducing (or bridging to) 2nd position brand | | |
| **Post-Call Analysis**<br> * Updating customer profile<br> * Conducting self-evaluation<br> * Following upon promises | | |

Confidential

GLAXC014068

| Answering Questions and Concerns<br>  * Using the APACT process (Acknowledge, Probe, Answer, Confirm, and Transition) for addressing questions and concerns<br>  * Using the MILD framework (Misconceptions, Indifference, Limitations, Doubts) to answer questions and concerns | | |
|---|---|---|

Select up to 3 **Winning Practices** for focus and record the demonstrated behavior.

## Focus on Winning Practices

| **Winning Practice #1:** | **Evidence Level:** |
|---|---|
| Implement your own plan to grow territory | Proficient |

| **Winning Practice #2:** | **Evidence Level:** |
|---|---|
| Engage each customer in a dialog about products | Proficient |

| **Winning Practice #3:** | **Evidence Level:** |
|---|---|
| Continually add value to customer | Proficient |

## Coaching Feedback

Shane has identified the key customers in the osteoporosis market and is using the FIRST data to develop and implement a market share growth plan in the territory. He gets people to warm up to him quickly and customers are willing to stop and talk for a moment. During conversations Shane should work to uncover issues, objections, misunderstandings so they can be addressed and moved beyond.

## General Coaching Feedback

| **Progress to Date/Current State:** | **Future Focus:** |
|---|---|
| | |

**Next Steps:**
  1) Immediately study and commit to memory Boniva's commercial and Medicare formulary and tier status on managed ca formularies. Inform your customers of its formulary and tier level during each call.   2) Beginning in October achieve a pharmacy call/day average of between 2.75 - 3.0 through the end of December.

## les Representative Commen

I agree with Joe to continually work on knowledge of Formulary grids. By doing so, the knowledge will add more value and integrity to my customers. As noted above, the August insight monthly shows that my territory is starting to reflect my efforts in promotion of the portfolio. We checked with the FRC today to see about WC points for my old territory (SBP-LEX KY GINBK1 110% of goal) converting to the RTP rank report. FRC will have to report back to me at a later with answers concerning this matter. This info is pertinent to ranking for the 2006 year. With the possibility of those points, I could potentially be ranked 8th or 9th depending on actual points awarded from prior territory.



## Field Coaching Tool

| | | | |
|---|---|---|---|
| **PHARMA SR SALES REP:** | CHRISTOPHER, MICHAEL (T2DHL1) | **DISTRICT SALES MGR:** | GOLSON, JOSEPH |
| **Territory :** | T2DHL1 | **Date of Creation :** | 11/28/2006 |
| **Date(s)/Area Worked :** | November 28, 2006 - Phoenix North | | |

EXHIBIT 24
Althea L. Miller
CSR No. 3353
Date: 4/22/09
Witness: Christopher

**KEY SALES METRICS** Review and provide your feedback below.

### Coaching Feedback

First Reports, Sales & Activity, Fall QTD, October '06   Advair Vol % Chg: Natl -3.5, Reg 0.4, Dist -2.2, Terr .05  Advair N Shr Chg: Natl -2.6, Reg -2.5, Dist -2.4, Terr -2.2   While volume has shown a small increase, market share has declined. A strong and consistent Advair selling effort with every Advair target in the territory as a 2nd detail is needed from you.

**SALES CALL OBJECTIVES** How effectively were today's sales call objectives met?

### Coaching Feedback

The common objective for Shane's sales calls was to discuss the customer's method of assessing asthma control in their patients, sell the ACT tool as a validated assessment tool equal to spirometry, and to gain agreement that if patients on a single controller scored less than or equal to 19 using the ACT they should be prescribed Advair. Overall, Shane was effectively meeting his call objective.

**Were the following areas effectively addressed?**

| | Frequently | Occasionally | Seldom |
|---|---|---|---|
| should use his/her brand | | ✓ | |
| **Why the customer(s) should use his/her brand(s)** Did you deliver the Core Me each product detailed? | ✓ | | |
| **How the customer(s)** should use his/her brand | ✓ | | |
| **Coaching Feedback** | A clear picture of the appropriate patient would cement in the customers mind when Advair should be prescribed. Make it clear to the customer that the patient on and ICS or LTM that is uncontrolled OR the patient whose asthma is severe enough to warrant treatment with a dual controller are appropriate patients to receive Advair. Shane was proficiently discussing tools to assess the patients level of control and helping them understand that helping the patients maintain control of their asthma is the key to successful asthma treatment and that Advair is the best medication for persistent asthma. | | |

**Were the following Sales Tatics effectively addressed?**

| | Frequently | Occasionaly | Seldom |
|---|---|---|---|
| **Make references to ALL of:** * Dosage * Tolerability/Safety * Efficacy * Comparative data?  (As appropriate) | ✓ | | |
| **Use BOTH:** * Sales Aids * ClinicalPapers? | | ✓ | |
| **Describe the Business Environment:** * Reimbursement * Formulary status | ✓ | | |

Confidential                                                                              GLAXC014070



**Coaching Feedback**

Proper dosage, efficacy, and safety as well as the very favorable formulary status of Advair were frequently discussed. Shane did occasionally use the asthma treatment guidelines and the Kavuru clinical study. The customers were in agreement with the appropriate use of Advair for asthma and generally did not challenge the points that Shane presented. My recommendation is that Shane use the clinical papers to reinforce why the customer(s) agree with the appropriate prescribing of Advair for their patients. It is equally important to reinforce their reasoning with clinical papers as it is to use clinical papers to convince them to change their thinking. Support is as important as persuasion.

**GSK Sales Call Model** Provide specific examples/observations of:

| Steps in the Sales Call Model | Areas of Strength | Areas of Development |
|---|---|---|
| **Pre-Call Planning**<br>* Reviewing and analyzing customer profiles<br>* Setting SMART sales call objectives<br>* Organizing sales calls to maximize results | Shane analyzed the TRx & NRx data and his previous call history to develop his pre-call plan and set the call objective. Shane effectively verbalized his call plan to me before each call. He was well organized with the sales materials needed for each call. | On future work trips Shane is to present a written call plan for each day to include the names of the customers he plans to call on, their prescribing history, and the objective he wants to achieve with the individual on that call that day. This plan should be presented and reviewed with the DSM upon their meeting in the morning. |
| **Opening/ Rapport**<br>* Building a relationship with the Total Practice<br>* Gaining customer interest through an engaging opening statement<br>* Transitioning from a general dialogue to painting a patient picture | | |
| **Uncovering Needs**<br>* Asking insightful questions<br>* Active listening | | |
| **Positioning Brand Benefits**<br>* Link features and benefits<br>* Deliver key selling messages<br>* **Core Message** and Feature/Benefit Statements that support the **Core Message** | | |
| **Closing/ Bridging**<br>* Recognizing buying signals<br>* Asking for a commitment<br>* Introducing (or bridging to) 2nd position brand | Closes were specific and assertive when selling Boniva. Shane persisted with Dr. Feldman and got a commitment from him that he would begin prescribing Boniva and that he would provide the patient with the coupon to help them with the co-pay. | Closes were softer and not as assertive with Advair. A firm commitment from our customer to prescribe Advair for all patients not controlled on a single controller (ICS or LTM) or for patients who present with asthma symptoms severe enough to warrant starting them on a dual controller, like Advair. Closes for Advair should be as specific and assertive as they are for Boniva. |
| | | |

Confidential

GLAXC014071

| | | |
|---|---|---|
| **Post-Call Analysis**<br>  * Updating customer profile<br>  * Conducting self-evaluation<br>  * Following upon promises | | Devise a method for recording and recalling meaningful information derived from your sales calls. From the outcome of each sales call develop a specific "next step" for that customer and record it. When you recall the information for pre-call planning of the next call, you can build the call objective from the recorded "next step." |
| **Answering Questions and Concerns**<br>  * Using the APACT process (Acknowledge, Probe, Answer, Confirm, and Transition) for addressing questions and concerns<br>  * Using the MILD framework (Misconceptions, Indifference, Limitations, Doubts) to answer questions and concern: | | |

Select up to 3 **Winning Practices** for focus and record the demonstrated behavior.

### Focus on Winning Practices

| | |
|---|---|
| **Winning Practice #1:**<br>Master disease area and product knowledge | **Evidence Level:**<br>Proficient |
| **Winning Practice #2:**<br>Engage each customer in a dialog about products | **Evidence Level:**<br>Expert |
| **Winning Practice #3:**<br>Demonstrate initiative, passion, and persistence | **Evidence Level:**<br>Expert |

### Coaching Feedback

When engaging customers Shane was using a series of questions pertaining to their methods of determining whether or not the patient's asthma is under control. This approach was generally effective in getting them to provide their thoughts about how they assess asthma control and allowed Shane to discuss the importance of effective asthma control and the benefits of using the ACT tool for assessment. It also allowed Shane to position Advair as the best choice for asthma control. Asthma disease state, Advair, and competition knowledge is proficient at present. Shane exhibited a good knowledge of the Kavuru clinical study and positioned Advair effectively against Singulair during discussions. For further development of PK I recommend that Shane complete the eForce modules for the 3 asthma. Shane has shown initiative in seeking help to convert high osteoporosis prescribers to Boniva. He has sought my help to convince Dr. Martin Feldman to begin to prescribe Boniva.

### General Coaching Feedback

| **Progress to Date/Current State:** | **Future Focus:** |
|---|---|
| | |

**Next Steps:**
Enroll in and complete the eForce modules on the Fulbriggie, Nelson, Condemi, and Kavuru clinical studies by the end of January '07. Review Advair PCP targets in the territory with Jeremy Todd and Jennifer Hanson. Get input from both of them re. who the key targets are that you should concentrate on to help the team exceed quarterly goals.

### Sales Representative Comments

I agree with Joe that in order for me to get to expert level of mastering the disease state for Advair Asthma, I will have to participate in a few of the eforce modules. I have committed to learning more about this disease in order to grow our market share for the upcoming year. Advair is an important part of my portfolio and is a priority for GSK business. I will ensure that I have taken the eforce modules by the end of January, the first quarter in 2007.

Confidential                                                                                       GLAXC014072



## Field Coaching Tool

| | | | |
|---|---|---|---|
| **PHARMA SR SALES REP:** | CHRISTOPHER, MICHAEL (T2DHL1) T2DHL1 | **DISTRICT SALES MGR:** | GOLSON, JOSEPH |
| **Territory :** | | **Date of Creation :** | 02/20/2007 |
| **Date(s)/Area Worked :** | February 19 & March 8, 2007 - N Phoenix | | |

EXHIBIT 25
Althea L. Miller
CSR No. 3453
Date: 4-22-09
Witness: Christophe

**KEY SALES METRICS** Review and provide your feedback below.

### Coaching Feedback

InSight Monthly, December 2006 (4 month Fall Qtr) Boniva: Share Rank 18/24, Share Chg Rank 19/24. Advair: Share Chg Rank 8/24, % Vol Chg Rank 11/24. WXL: Share Rank 10/24, Share Chg Rank 10/24.    Monthly Activity & Time Report, December 2006 IYTD  Prescriber Calls/Day Avg 8.27, Prescriber Total Details/Call Avg 1.72, Retail Pharmacy Calls/Day / 0.61. Daily call averages expectations are: Prescriber Calls/Day 9, Prescriber Total Details/Call Avg 2, Retail Pharmacy Calls/Day Avg 3. All call averages for the year were below expectations for the year, most notably Retail Pharmacy Calls/Day. All call averages are expected to achieve expectations in 2007.

**SALES CALL OBJECTIVES** How effectively were today's sales call objectives met?

### Coaching Feedback

Generally Shane was able to meet his call objectives. The area for development in this area is for Shane to thoroughly analyze a customers overall situation (patient demographics, prescribing habits, beliefs about the therapeutic treatment options, commercial managed care, AHCCCS, and managed Medicare part d) and set a call objective to address the most compelling need of that customer. General call objectives (sell the efficacy of..., the great MCO coverage of..., the safety of...) will move market share so far and then plateau. Setting call objectives that address the customer's specific need will perpetuate market share growth.

**Were the following areas effectively addressed?**

| | Frequently | Occasionally | Seldom |
|---|---|---|---|
| **When** the customer(s) should use his/her brand(s) | ✓ | | |
| **Why** the customer(s) should use his/her brand(s)? Did you deliver the Core Messa each product detailed? | ✓ | | |
| **How** the customer(s) should use his/her brand | ✓ | | |
| **Coaching Feedback** | Shane effectively addressed when, why, and how during all sales calls. | | |

**Were the following Sales Tatics effectively addressed?**

| | Frequently | Occasionally | Seldom |
|---|---|---|---|
| Make references to **ALL** of: * Dosage * Tolerability/Safety * Efficacy * Comparative data?  (As appropriate) | ✓ | | |
| Use **BOTH**: * Sales Aids * ClinicalPapers? | | ✓ | |
| Describe the **Business Environment**: * Reimbursement * Formulary status | ✓ | | |

Report Number - 1                                        Page 1 of 3

GLAXC016149

| Coaching Feedback | Shane made effective use of the illustrations in the sales aid demonstrating the BMD improvements in the various areas of the pelvis and spine. He effectively used the fracture rate reduction flash card effectively as a visual to demonstrate Boniva efficacy. Customers readily accepted the information and required no additional sources of information. Advair requires selling the need to step patients up to a dual controller medication. It also requires selling the efficacy and safety of the combination of an ICS and a LABA compared to a single controller. The effective use of clinical studies is essential for successful accomplishment of this goal. Use of Advair clinical studies was occasionally observed. Effective use of Advair clinical studies during sales calls is expected in the future. Effective use of Boniva and Imitrex clinical studies is also expected when appropriate. |

**GSK Sales Call Model** Provide specific examples/observations of:

| Steps in the Sales Call Model | Areas of Strength | Areas of Development |
|---|---|---|
| **Pre-Call Planning**<br> * Reviewing and analyzing customer profiles<br> * Setting SMART sales call objectives<br> * Organizing sales calls to maximize results | Shane did a thorough review of each customer's prescribing history and the target flag associated with the customer. During his call on the office of Drs. Rink & Sink Shane remembered that they were Boniva IV targets. He asked appropriate questions, provided the appropriate information, and asked for the business. He pursued his objective. | A written daily call plan is expected The plan should include the customer's name, a brief prescribing history, and a clear SMART objective to accomplish during the call. The written call plan should be presented to me at the beginning of each work trip day. |
| **Opening/ Rapport**<br> * Building a relationship with the Total Practice<br> * Gaining customer interest through an engaging opening statement<br> * Transitioning from a general dialogue to painting a patient picture | Shane realizes the importance of brevity to his customers. He greets them cordially, gets right to business with a visual and a statement or question, and gets the customer's feedback. Shane uses his time efficiently with the customer and they appreciate him understanding their need. | |
| **Uncovering Needs**<br> * Asking insightful questions<br> * Active listening | Shane used questions to gain an understanding of the customer's need and to uncover opportunities. He asked Dr. Ahmad about his patients suffering GI problems with the weekly meds to uncover an area of opportunity. Shane discovered in Dr. Skelley's office that if efficacy and safety are equal, they select the product with the most favorable formulary status. | With customers who are difficult to get to talk, try asking open ended questions and waiting until they answer. Ask their opinion or thoughts about a subject or piece of information. Ask them to explain more about a statement they just maid. |
| **Positioning Brand Benefits**<br> * Link features and benefits<br> * Deliver key selling messages<br> * **Core Message** and Feature/Benefit Statements that support the **Core Message** | | |
| **Closing/ Bridging**<br> * Recognizing buying signals<br> * Asking for a commitment<br> * Introducing (or bridging to) 2nd position brand | Good close with Dr. Ahmad asking him to prescribe Boniva fo: new patients and for patients wanting more convenient dosing or lessened GI side effects. | |

Confidential

GLAXC016150

| | | |
|---|---|---|
| **Post-Call Analysis**<br> * Updating customer profile<br> * Conducting self-evaluation<br> * Following upon promises | | Make note of the offices where they say that formulary coverage is a key component of their prescribing decision. Plan how you will address the objection to the higher tier status of Boniva compared to that of Fosamax and/or Actonel. |
| **Answering Questions and Concerns**<br> * Using the APACT process (Acknowledge, Probe, Answer, Confirm, and Transition) for addressing questions and concerns<br> * Using the MILD framework (Misconceptions, Indifference, Limitations, Doubts) to answer questions and concern: | | |

Select up to 3 **Winning Practices** for focus and record the demonstrated behavior.

## Focus on Winning Practices

| **Winning Practice #1:** | **Evidence Level:** |
|---|---|
| Own the Territory Business | Expert |

| **Winning Practice #2:** | **Evidence Level:** |
|---|---|
| Work as a Team to Drive Results | Expert |

| **Winning Practice #3:** | **Evidence Level:** |
|---|---|
| Plan Every Call | Proficient |

## Coaching Feedback

Shane owns the Boniva business in the territory. He has segmented his targets in to 3 groups: 1) those with high market volume, high Boniva market share, and growing market share change; 2) those with medium to high market volume, mediu Boniva market share, and slow or declining market share growth; and 3) those with low market volume with low growth potential. He is spending his selling time with groups 1 & 2 where there is the greatest potential for Boniva market share growth. Shane is leveraging his relationships with customers in his territory by helping his collegues get quality time with key customers (helping Debbie Hunter get more time at a dinner with Drs. Jorgensen & Gasssner). He has leveraged his relationship with Dr. Feldman to bring him from prescribing "zero" Boniva to now prescribing 1 or 2 per month. Shane is proficient at call planning. As mentioned above he should set a call objective that is specific to the customer's need.

## General Coaching Feedback

| **Progress to Date/Current State:** | **Future Focus:** |
|---|---|
| | |

**Next Steps:**
1) Bring pharmacy call average up to a minimum of 2.5/day. 2) Enroll in and complete eForce modules re. multimechanis of migraine and RT Technology. These are the 2 key areas we must educate our customers on to differentiate Imitrex from other triptans. 3) Study the efficacy data (Carpay) for 100 mg Imitrex Vs 50 mg Imitrex and be able to present the differe to customers. 4) Schedule and complete a clinical roundtable or speaker program for Boniva before May 19.

## Sales Representative Comments

I have asked Joe to get back to me with information about the RDP. He has sent me the application to fill in and I will be returning that to him within a week. I am looking for this opportunity of professional growth within this program. Joe an I are working together to compile all of the required criteria for my Executive Level promotion. I will commit to participate in the eforce modules to further educate myself on Imitrex RT technology in addition to asking my counterparts for help with high prescribers as needed. I intend to schedule a Boniva program for the Scottsdale area within a month with the approval of a regional/national speaker



## Field Coaching Tool

| | | | |
|---|---|---|---|
| **PHARMA SR SALES REP:** | CHRISTOPHER, MICHAEL (T2DHL1) T2DHL1 | **DISTRICT SALES MGR:** | GOLSON, JOSEPH |
| **Territory :** | | **Date of Creation :** | 04/19/2007   EXHIBIT _26_ |
| **Date(s)/Area Worked :** | April 18 & 19, 2007 - Flagstaff, AZ | | Althea L. Miller |

CSR/No. 3353
Date: 4/24/09
Witness:
Christopher

**KEY SALES METRICS** Review and provide your feedback below.

### Coaching Feedback

Shane finished the 2006 promotional year with an overall rank of 8 of 21 in the region and 172 of 598 in the nation. During the fall quarter Shane exceeded his Boniva goal (122.5%) but fell short of the Advair goal (94.6%) and the WXL goal (83.3% Based on winter QTD figures from the February FIRST Monthly Report Boniva market share change is +0.4, Advair market share change is -2.6, and Imitrex 100 mg tablets market share change is +0.9. Boniva and Imitrex 100 mg are performing ab goal. You and your teammates are performing well below goal with Advair. Shane is expected to help his teammates turn th Advair trend around.  March Activity & Time report shows the following: Prescriber Calls/Day Avg 9.08, Prescriber Total Details/Call Avg 2.27, Retail Pharmacy Calls/Day Avg1.77, and Total Time in Territory 38.875 days of 52.5 available days (74.0%) with 0.25 unreported days. Pharmacy calls are well below the expectation of 3 per day. This must be brought up to the expectation.

**SALES CALL OBJECTIVES** How effectively were today's sales call objectives met?

### Coaching Feedback

Shane developed the call objective for each call while sitting in the car immediately before going into the call. His call objectives were well thought through and effectively met in most calls. Doing the review of prescribing data and the setting of call objectives either late afternoon the day before or first thing in the morning before making the first call will make the day more effective. On future work trips the expectation is that you have a written call plan for each day, including the objective for each call individualized for each customer.

### Were the following areas effectively addressed?

| | Frequent | Occasional | |
|---|---|---|---|
| When the customer(s) should use his/her brand? | ✓ | | |
| **Why** the customer(s) should use his/her brand(s)? Did you deliver the Core Message for each product detailed? | ✓ | | |
| **How** the customer(s) should use his/her brand(s)? | ✓ | | |
| Coaching Feedback | Shane addressed when, why, & how during sales calls. | | |

### Were the following Sales Tatics effectively addressed?

| | Frequentl | Occasiona | Seldom |
|---|---|---|---|
| Make references to **ALL** of: * Dosage * Tolerability/Safety * Efficacy * Comparative data? (As appropriate) | ✓ | | |
| Use **BOTH**: * Sales Aids * ClinicalPapers? | | ✓ | |
| Describe the **Business Environment**: * Reimbursement * Formulary status | ✓ | | |

Report Number - 1

Page 1 of 4

Confidential

GLAXC014063



**Coaching Feedback**

The sales tactics were effectively addressed. Shane use a clinical study with a sales aid occasionally overall but frequently with Imitrex. Shane was combining the scintigraphy photographs in the sales aid with the clinical study to demonstrate that rapid dissolution in the gut translates into a faster onset of action for the patient. He was using the sales aid to demonstrate the BMD increases seen with Boniva after 2 years at vertebral and nonvertebral sites (MOBILE study). Combining the MOBILE study with the sales aid adds to the credibility of the information delivered.

**GSK Sales Call Model** Provide specific examples/observations of:

| Steps in the Sales Call Model | Areas of Strength | Areas of Development |
|---|---|---|
| **Pre-Call Planning**<br>* Reviewing and analyzing customer profiles<br>* Setting SMART sales call objectives<br>* Organizing sales calls to maximize results | Shane was using the Advantage Report for February to look up and analyze the customer's prescribing history, call activity, and sampling. Based on this analysis Shane was able to formulate a strategy for the call. | Prescribing information for each customer and the call objective for them should be reviewed or thought about the night before or the early morning before beginning calls for the day. Doing pre-call planning before the day begins increases time spent selling and provides more time to make pharmacy calls. |
| **Opening/ Rapport**<br>* Building a relationship with the Total Practice<br>* Gaining customer interest through an engaging opening statement<br>* Transitioning from a general dialogue to painting a patient picture | In several offices Shane has built a relationship with the entire office. He greeted office staff by name and made them feel that they were important to him. Shane transitioned well from cordial conversation to the disease/product discussion. He respected the customer's time and adjusted his presentation to accommodate the amount of time the customer's needs. When the customer was not rushed he spent more time. | |
| **Uncovering Needs**<br>* Asking insightful questions<br>* Active listening | Shane generally asked appropriate questions and he listened well. | Dr. Anderson had questions about nonvertebral fracture data, particularly hip. It is important to ask customers with this question whether or how the lack of specific fracture data for the hip will effect their prescribing of Boniva. We can't produce what we don't have. But we can and should find out whether this will prevent or limit the customer's prescribing. |
| **Positioning Brand Benefits**<br>* Link features and benefits<br>* Deliver key selling messages<br>* **Core Message** and Feature/Benefit Statements that support the **Core Message** | Shane was linking compliance and persistence with Boniva once monthly therapy with the patient's lesser probability of fracture. He was also linking the rapid dissolution of Imitrex in the gut with the patient's faster relief of head pain. | The core message for Advair should be delivered on every call and especially in those calls where Advair is mentioned. Sales performance for Advair is below goal for the winter quarter. The team needs to exploit every opportunity to sell the benefits of Advair, regardless of weighting in the portfolio. |
| | | |

Report Number - 1        Page 2 of 4

Confidential

GLAXC014064

| | | |
|---|---|---|
| **Closing/ Bridging**<br>  * Recognizing buying signals<br>  * Asking for a commitment<br>  * Introducing (or bridging to) 2nd position brand | Shane received commitments to prescribe from Dr. Laurie Perrin and from Dr. Holly Vigil.  Shane bridged well to Imitrex 100mg tablets and the benefit of RT technology. | Work on a more assertive closing question/statement delivery. Confidently ask for the commitment you have earned during the call. Advair is the product that is suffering in the portfolio right now. Bridge to Advair asthma first with Advair targets. |
| **Post-Call Analysis**<br>  * Updating customer profile<br>  * Conducting self-evaluation<br>  * Following upon promises | | |
| **Answering Questions and Concerns**<br>  * Using the APACT process (Acknowledge, Probe, Answer, Confirm, and Transition) for addressing questions and concerns<br>  * Using the MILD framework (Misconceptions, Indifference, Limitations, Doubts) to answer questions and concern | | |

Select up to 3 **Winning Practices** for focus and record the demonstrated behavior.

## Focus on Winning Practices

| | |
|---|---|
| **Winning Practice #1:**<br> Master Professional Knowledge | **Evidence Level:**<br>Proficient |
| **Winning Practice #2:**<br> Sell Through Customer-Focused Dialogue | **Evidence Level:**<br>Expert |
| **Winning Practice #3:**<br> Plan Every Call | **Evidence Level:**<br>Proficient |

## Coaching Feedback

Shane has a greater depth of product and disease state knowledge with Bonita than with his other 2 portfolio products, Advair and Matrix 100mg tabs. To enhance his disease and product knowledge with Advair and Matrix 100mg tabs he should take 2 actions: 1) study the approved clinical studies for each product and the sales aids to bolster his product knowledge and 2) deliver Advair or Matrix 100mg tabs as a 2nd major detail during calls, based on targeting and customer need.  One of Shane's strengths is selling through customer-focused dialogue. Shane's approach to customers is no threatening which makes it easy for the customer to express their thoughts. Shane gave a thorough presentation on Bonita to Dr. Walter Taylor who said he would prescribe more Bonita. Dr. Taylor was engaged and enjoying the conversation, smiling and laughing. He is usually stoic and nods a lot.  Shane is proficient when planning each call. He should plan call ahead of each day to improve efficiency.

## General Coaching Feedback

| **Progress to Date/Current State:** | **Future Focus:** |
|---|---|
| | |

**Next Steps:**
1. Ensure that 80% of targets are reached during each quarter. During the winter quarter Shane did not reach 75 Boniva targets. This is below expectations and is not acceptable. Shane is to submit a routing plan to me detailing when during the quarter he plans to call on each Boniva target and how many times he plans to call on them during the quarter. 2. Work strategically with the Roche reps (Karen Ross & Steve Porter) to grow Boniva market share. Contact Karen by the end of next week and contact Steve once he completes training.  3. Plan Boniva speaker program(s) in Phoenix and for the Cottonwood, Sedona, Flagstaff area. One program should be held before the end of the spring quarter and a second should be scheduled for the September - November time frame. Work with your Roche counterparts to figure out the speaker to bring in and budgetary arrangements.

Confidential                                                      GLAXC014065

**Sales Representative Comments**

Confidential

GLAXC014066

EXHIBIT 27
Althea L. Miller
CSR No. 3353
Date: 4/22/09
Witness:
Christopher



# winning *practices*

### SALES REPRESENTATIVE

CONFIDENTIAL

GLAXC017026

# WINNING PRACTICES
## FOR SALES REPRESENTATIVES

### 1. Own the Territory Business

* Analyze what is happening in the territory and understand why
* Plan what each team member will do to drive superior sales for each promoted product
* Execute your team's territory plan flawlessly, monitor progress, and adjust to ensure success

### 2. Work as a Team to Drive Results

* Commit with passion and persistence to achieve team goals
* Assign team roles with clear individual accountabilities
* Collaborate to deliver seamless selling and service

### 3. Master Professional Knowledge

* Develop the expert product knowledge that your customers need
* Understand the clinical management of your customers' patient types
* Understand how the business of medicine affects your customers' prescribing habits and their patients

### 4. Plan Every Call

* Gain insight into your customers and how to influence them
* Set specific objectives for advancing the customer up the Brand Bonding Ladder
* Organize the sales call to maximize your selling time and results

### 5. Sell Through Customer-Focused Dialogue

* Create interest, uncover the customer's need and effectively position the brand
* Confidently deliver the right selling message and create dialogue with compelling content and resources
* Effectively address the customer's questions and concerns

### 6. Get the Best Possible Commitment on Every Call

* Ask for the business
* Sell the entire portfolio
* Communicate next steps with your team

### 7. Provide Added Value to the Customer Relationship

* Provide exceptional customer service to the total office
* Use GSK resources to create value for the customer and business impact for the company
* Strategically utilize programs to build customer advocacy for GSK brands

GLAXC017027

## WINNING PRACTICES DRIVE SUPERIOR SALES PERFORMANCE

Winning Practices are the skills, knowledge and behaviors demonstrated by GSK's most successful sales representatives and managers.

## PROFICIENCY LEVELS PROVIDE A DISCIPLINED APPROACH

Winning Practices are described at three progressive levels of proficiency:

| PRE-FOUNDATIONAL | FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|---|
| Still learning the basics | Basic performance | Strong performance | Superior performance |

- Expert: the behaviors that differentiate truly superior performers from everyone else
- Proficient: the determinants of strong performance in a role
- Foundational: the fundamentals of basic performance in a role
- Pre-Foundational: still learning the basics of the role

## WINNING PRACTICES RAISE THE PERFORMANCE BAR

GSK's high performers strive to become expert in every Winning Practice. Most people in a new role begin at the foundational level. High performers progress quickly to the expert level with their managers taking every opportunity to accelerate their growth. Winning Practices help create the greatest sales team in America, and make GSK the undisputed industry leader.

1

GLAXC017028

# 1. OWN THE TERRITORY BUSINESS

| | FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|---|
| **Analyse**<br><br>Analyze what is happening in the territory and understand why | Analyse the full spectrum of available territory data and track progress toward goals<br><br>Discuss with your team and sales manager what is happening in your territory | Accurately identify customer trends and opportunities within the territory using the available company reports<br><br>Help your Territory Selling Team prioritize customers based on Optimal Frequency and market volume, along with insight into their local market potential | Gain competitive advantage by anticipating opportunities and challenges, interpreting the latest results for others and leading team action to grow the business<br><br>Discern the activity of the competition in the local marketplace and what the team needs to do to be effective |
| **Plan**<br><br>Plan what each team member will do to drive superior sales for each promoted product | Help your team create territory business plans for each product<br><br>Create a Territory Selling Team Roadmap (routing plan) that emphasizes making the right number of calls on the right customers and delivering the right messages<br><br>Create a personal development plan with your manager's input and keep him/her updated on your actions and progress | Provide team leadership in developing specific plans for your major brands (with clear action steps, accountabilities and timelines) that will move customers up the Brand Bonding Ladder and drive sales<br><br>Determine how to effectively implement company initiatives and utilize resources (within guidelines)<br><br>Create an efficient Territory Selling Team Roadmap (routing plan) for maximum coverage of customers by Optimal Frequency, including the expected calls on pharmacies | Lead team efforts to optimize resource allocation, optimize routing and create dynamic business plans that drive business success each quarter<br><br>Contribute to district and/or regional business planning efforts |
| **Execute**<br><br>Execute your team's territory plan flawlessly, monitor progress, and adjust to ensure success | Adhere strictly to GSK Commercial Policies and Practices<br><br>Reliably follow through on your commitments to implement the Territory Selling Team plan and Roadmap (routing plan)<br><br>Meet deadlines and stay within the allocated budget<br><br>Track your progress toward goals and know exactly where you stand | Accurately interpret negative variance from goals and help the team quickly adjust plans to be successful<br><br>Meet quarterly goals for portfolio sales and call activity<br><br>Consistently exceed the quarterly national goals | Consistently take initiative to solve problems and capitalize on opportunities that arise when implementing your team plan<br><br>Take a leadership role to ensure the team consistently meets or exceeds its quarterly goals for portfolio sales, call activity, and resource utilization (vouchers, sampling and customer focus budgets)<br><br>Help the district and region successfully implement company programs |

2

GLAXC017029

## 2. WORK AS A TEAM TO DRIVE RESULTS

| | FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|---|
| **Goals**<br>Commit with passion and persistence to achieve team goals | Set challenging performance and proficiency development goals each quarter<br><br>Consistently demonstrate a positive attitude, persistence, and the drive to learn from even the most difficult situations<br><br>Adjust your work schedule to meet customer needs and achieve team goals | Commit to the team to do whatever it takes to achieve and exceed team goals (acting within guidelines)<br><br>Persist in attempts to gain access to important customers, even difficult-to-see customers<br><br>Always demonstrate the willingness to go above and beyond job requirements with customers, ensuring that their needs are met with passion and concern for their patients | Challenge the team to set stretch goals for sales performance and for the specific efforts that will be needed to achieve those goals<br><br>Hold every team member including yourself accountable to act with urgency in fulfilling commitments and achieving goals<br><br>When the approaches that have been tried before are not working, lead the team to take educated risks and try new (approved) tactics |
| **Roles**<br>Assign team roles with clear individual accountabilities | Confirm with the team that you know exactly what you are accountable to do to implement every part of the territory customer plan<br><br>Offer to take on additional team roles to help your team be more successful | Make sure the team identifies which representative is taking the lead with each important customer, based on relationships and selling skills<br><br>For your major products, take a leadership role in defining team members' individual roles with customers, keeping them up to date and ready to sell | Take a leadership role in ensuring that every team member knows what they are individually accountable to do and are motivated to do so<br><br>When assigning roles, help the team make the best use of the diverse individual strengths on the team |
| **Reliance**<br>Collaborate to deliver seamless selling and service | Promptly share pertinent customer information with team members<br><br>Meet regularly and enthusiastically with the team to review progress, contribute ideas and update plans<br><br>When a conflict arises with another team member, address it immediately, professionally and directly<br><br>Seek and implement development recommendations from mentors, managers and colleagues | Coordinate with team members and co-promote partners to achieve seamless customer service and a continuous selling dialogue<br><br>Help organize and run regular, effective product team meetings<br><br>Seek out and share best practices across the team, district and region | Foster collaboration with a wide range of internal partners and lead efforts with them to address important opportunities and challenges (other Territory Selling Teams, Regional Medical Scientist, Managed Care, Govt. Affairs, etc.)<br><br>Take a team leadership role in providing direction, establishing norms, solving problems, strengthening relationships and helping team members feel valued<br><br>Routinely offer help, suggestions and coaching to other representatives to strengthen their performance |

3

GLAXC017030

# 3. MASTER PROFESSIONAL KNOWLEDGE

| | FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|---|
| **Products**<br>Develop the expert product knowledge that your customers need | Use proper vocabulary to express the mechanisms of action, pharmacology, indication, efficacy, tolerability, cost, dosage and administration of promoted products<br><br>Express confidence in and passion for your promoted products<br><br>Pass all GSK product certification examinations | Credibly discuss the features and benefits of your promoted products in appropriate patient types using approved selling materials<br><br>Present clinical data clearly and concisely, using evidence-based medicine to discuss the statistical and clinical relevance of approved studies with customers<br><br>Using a thorough knowledge of approved proof sources, fairly contrast your product with the competition to identify appropriate patient types for your product | Become an expert in the eyes of your customers due to your mastery of your products, those of your competitors, and your ability to provide customers with the credible information they need in a timely manner<br><br>Lead team and direct efforts to improve the product knowledge of other representatives |
| **Therapeutic Areas**<br>Understand the clinical management of your customers' patient types | Understand, appropriately use and correctly pronounce disease vocabulary and other medical terms with customers<br><br>Maintain an easily accessible resource guide with all approved clinicals for promoted products | Understand how the diseases are diagnosed and managed; describe the related anatomy, physiology, disease epidemiology, symptoms, diagnosis and testing<br><br>Understand and discuss the significance of adverse events, the impact on physicians and patients, and the interventions required to address side effects | Understand the selling implications of significant clinical studies and emerging trends in the therapeutic area and use these insights to help the team position the brand with customers<br><br>Understand and discuss how the range of available treatment options relates to GSK products |
| **Customers' Business**<br>Understand how the business of medicine affects your customers' prescribing habits and their patients | Know the formulary status of your promoted products and those of the competition, throughout your territory for your top managed care plans, top Medicare D plans, and Medicaid | For each customer understand the formulary issues that are associated with using one promoted product over another, and use this understanding to create advantage for GSK products<br><br>Understand and discuss the cost-effectiveness and quality-of-life benefits our products provide<br><br>Understand the clinical practice issues of importance to the customer | Gain customer respect by being well-versed in health care industry issues and being able to discuss the implications for the customer's practice<br><br>When our product is formulary disadvantaged, gain optimal usage through cost/benefit analyses for appropriate patients |

4

GLAXC017031

## 4. PLAN EVERY CALL



| | FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|---|
| **Gain Insight**<br>Gain insight into your customers and how to influence them | Know the best time to see the customer and schedule activities (appointments, programs, etc.) as necessary to maximize selling time<br><br>Know the dynamics of the customer's practice—the customer's specific disease state interests, most commonly seen patient types and preferred treatment approaches<br><br>Accurately place the customer on the Brand Bonding Ladder, based on an analysis of past calls and the most recent prescribing trends | Plan your call based on a solid grasp of When, Why and How a customer prescribes different medications for his/her patient types<br><br>Know what is holding your customer back from making more use of your promoted products in appropriate patient types<br><br>Understand the impact of formularies on the customer's patients and prescribing habits and use this to create a plan for increased GSK product use for appropriate patients | Know which information, people, resources and formulary factors most influence each customer's prescribing decision and plan how to leverage these<br><br>Know your customers' latest prescribing trends and use this insight to tailor the selling approach to drive sales<br><br>Show awareness of multicultural and other individual differences among your customers and adapt selling approaches to reflect these |
| **Set Objectives**<br>Set specific objectives for advancing the customer on the Brand Bonding Ladder | Make specific pre-call objectives for each customer, aligned with the brand strategy, that will move the customer along to the next stage of the Brand Bonding Ladder for each brand | Determine how to build continuity from previous sales calls with insight from colleagues regarding what has been working<br><br>Know exactly what actions and commitments you want from your customer for each of your promoted products | Coordinate an effective multi-step selling approach with the team to move customers up the Brand Bonding Ladder with appropriate selling objectives, selling materials, resource utilization and next step commitments<br><br>Devise coordinated call strategies with your team that make it easier for the entire team to gain repeated access |
| **Organize**<br>Organize the sales call to maximize your selling time and results | Determine the optimal number of samples and/or vouchers to be left in each office based on your team's selling strategy<br><br>Decide which approved sales aids and clinicals to utilize with each customer and how you will use them to support your selling objectives<br><br>Organize each day for the best selling opportunities—seeing customers in a logical and productive sequence | Determine how you will bring your call to life with an engaging opening statement and insightful questions<br><br>Prepare how will you position brand features and benefits, identify appropriate patient types, engage the customer in dialogue and ask for commitment with each customer based on the brand strategy<br><br>Anticipate the information and resource needs of the customer and have them on hand | Prepare so well that you can adjust your selling approach and respond effectively to whatever the customer says during the call |

GLAXC017032

# 5. SELL THROUGH CUSTOMER-FOCUSED DIALOGUE

| | FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|---|
| **Position the Brand**<br><br>Create interest, uncover the customer's need and effectively position the brand | Link the previous call to the current one<br><br>Effectively transition from social conversation to meeting clinical needs with promoted products<br><br>Probe to uncover When, Why, and How the customer prescribes for each disease state<br><br>Express passion for helping customers help their patients | Incorporate team members' previous calls to create a continuous selling dialogue with the customer<br><br>Probe with effective drill down questions until customer's positioning of our brand and the competition is well understood<br><br>Maximize long-term impact by adjusting the timing and approach of the sales call based on an accurate read of the office climate, customer receptivity and situational opportunity | Completely understand what informs and motivates customers' prescribing decisions and use this to create customer interest and effectively position the brand on every call<br><br>Consistently uncover customer needs and opportunities with insightful questions and active listening<br><br>Maximize each selling opportunity by adjusting the selling approach based on what the customer needs and says |
| **Deliver the Message**<br><br>Confidently deliver the right selling message and create dialogue with compelling content and resources | Communicate the core selling messages for each promoted product, clearly, concisely, credibly and passionately<br><br>Match the brand message(s) with a detail aid or approved reprint to the customer's position on the Brand Bonding Ladder<br><br>Gain customer respect by providing only accurate and balanced information about promoted products within CPP guidelines | Routinely create two-way customer-focused dialogue on at least one effective topic: approved comparative data, dosing, efficacy, patient profile, customer cost, and/or safety/tolerability<br><br>Routinely utilize a detail aid and an approved reprint to foster dialogue and recall | Routinely create two-way customer-focused dialogue on multiple effective topics that are of particular interest to the customer: comparative data, dosing, efficacy, patient profile, customer cost, and/or safety/tolerability<br><br>Make high-impact group presentations |
| **Address Questions**<br><br>Effectively address the customer's questions and concerns | Understand how to establish credibility by saying, "I don't know" and then follow up with urgency to ensure the customer's question or concern is adequately addressed<br><br>Refers customers to appropriate information resources if dialogue shifts to off-label topics | Use "temperature checks" throughout the call to elicit underlying questions and concerns<br><br>Effectively address customer questions and concerns using APACT, before seeking customer commitments | Swiftly and adeptly handle customer questions and concerns<br><br>Ask insightful questions during the call to generate new customer insights, create extended product dialogue and/or refocus the call |

6

GLAXC017033

# 6. GET THE BEST POSSIBLE COMMITMENT ON EVERY CALL

| | FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|---|
| **Ask**<br>Ask for the business | Recognize buying signals (such as information seeking, compliments, eye contact, reaching for information) and attempt trial close<br><br>Summarize When Why and How to use the brand<br><br>Ask directly for the commitment identified in your pre-call plan | Summarize When Why and How to use the brand, focused on satisfying customer needs identified during the sales call<br><br>If the customer does not commit, probe further to understand the objection, attempt to overcome it and trial close again<br><br>Leave the office with tangible "next step" commitments from customers and their staff that increase the impact of the next call | Adjust the timing and nature of the commitment request based on an accurate read of the customer's buying signals<br><br>Consistently earn the right to ask for the business because you have met the customer's needs<br><br>Consistently obtain the maximum appropriate commitments that will move customers up the Brand Bonding Ladder and ultimately position our product, not the competition's, for all appropriate patients |
| **Portfolio**<br>Sell the entire portfolio | Transition to the next product in your portfolio and, at a minimum, deliver the core message<br><br>Confirm the commitment(s) that you and the customer have made | Engage the customer with an effective transition to the next product<br><br>Set up the next call by obtaining an appointment or agreement to follow-up with the customer regarding your selling objective | Expertly sell the entire portfolio during the sales call by engaging your customer in a dialogue for all 2 or 3 products, closing (or trial closing) for all products and setting up your next call to drive the selling continuum<br><br>Pave the way for other team members so customers want to see them |
| **Communicate**<br>Communicate next steps with your team | After the call, promptly communicate customer commitments and other pertinent information to your Territory Selling Team | Critique each sales call to determine if pre-call objectives were met and to specify ways you and your team can improve future calls<br><br>Provide useful customer insights to help team members improve their future calls | Lead team members in periodic reviews of the team's impact in moving key customers up the Brand Bonding Ladder<br><br>Provide useful insights and feedback to sales management about current brand strategies and sales aids |

7

GLAXC017034

# 7. PROVIDE ADDED VALUE TO THE CUSTOMER RELATIONSHIP

| | FOUNDATIONAL | PROFICIENT | EXPERT |
|---|---|---|---|
| **Total Office**<br><br>Provide exceptional customer service to the total office | Maintain updated information about each customer office (names, roles, best times, etc.)<br><br>Make brief, well-timed sales calls that respect physician and staff time, office policies and etiquette<br><br>Follow through to ensure that commitments made to customers are being met<br><br>Build rapport with the customer's staff | Consistently use the "total office call" to learn about the needs and customer satisfaction of prescribers, gatekeepers and influencers<br><br>Respond with appropriate urgency to customer (and office staff) requests and concerns<br><br>Passionately sell the value that you are bringing to the total office and their patients | Present the GSK brand, vision, values and services to all health care professionals so that customers see GSK as the industry leader<br><br>Facilitate the networking of health care professional in your area |
| **Resources**<br><br>Use GSK resources to create value for the customer and business impact for the company | Provide customers with the appropriate samples, vouchers, patient education materials and other approved resources, to balance customer needs with business outcomes | Identify resources that genuinely interest the customers and position them as valuable<br><br>Keep the appropriate office staff informed about approved company resources that could benefit their patients | Partner with customers to help them meet professional objectives (e.g., implement in peer education or community outreach where appropriate)<br><br>Use insight into key customers' professional interests to bring the right programs, people, literature and other company resources of value to them (Regional Medical Scientist, Market Development Manager, etc.) |
| **Programs**<br><br>Strategically utilize programs to build customer advocacy for GSK brands | Assist in the recruitment, organization, and proper administration of customer programs<br><br>Initiate programs (within guidelines) for office health care professionals and appropriate patient groups | Intelligently use programs and events to gain access, strengthen relationships and increase each customer's position on the Brand Bonding Ladder<br><br>Organize effective speaker programs, coordinating with other representatives to maximize selling of the entire portfolio<br><br>Select the most appropriate customers for each program and prioritize their attendance | Develop thought leaders and speakers who GSK product advocates who communicate strong and passionate product messages<br><br>Identify and develop future speakers and product advocates who have high potential<br><br>Identify and connect future possible researchers with the BMS/Medical Department |

8

GLAXC017035



STRD0132-V00

GLAXC017036


GlaxoSmithKline

Life Home | My Profile | My Updates | Help                    Log out

## MY COMPANY PROFILE

My Personal Profile
My Company Profile
My Total Reward Profile
Confidentiality
Agreement

| Name: | Christopher,Michael S. | Prefix/Title: | |
|-------|------------------------|---------------|---|
| Preferred Name: | | Department: | T2DH |
| ID: | 010055977Z | Location: | Field Sale |
| Job Title: | Pharma Sr Sales Rep | Country: | USA |

| Employment Status | | Job History | | Performance History | |
|---|---|---|---|---|---|
| **Effective Date** | **Action** | **Reason** | **Personal Grade** | **Salary** | **Title** |
| 04-SEP-2006 | Pay Rt Chg | Equity | S09 | 51840 | Pharma Sr Sales |
| 29-MAY-2006 | Pay Rt Chg | Merit | S09 | 48710 | Pharma Sr Sales |
| 03-APR-2006 | Data Chg | Tax Locn | S09 | 47410 | Pharma Sr Sales |
| 03-APR-2006 | Posn Chg | Transfer | S09 | 47410 | Pharma Sr Sales |
| 29-NOV-2005 | Return-DIS | Rtn Disblt | S09 | 47410 | Pharma Sr Sales |
| 06-OCT-2005 | STD w/Pay | STD Primry | S09 | 47410 | Pharma Sr Sales |
| 30-MAY-2005 | Pay Rt Chg | Merit | S09 | 47410 | Pharma Sr Sales |
| 04-APR-2005 | Pay Rt Chg | Promotion | S09 | 46021 | Pharma Sr Sales |
| 04-APR-2005 | Posn Chg | Promotion | S09 | 43010 | Pharma Sr Sales |
| 31-MAY-2004 | Pay Rt Chg | Merit | S10 | 43010 | Pharma Sales Re |
| 01-DEC-2003 | Posn Chg | Data Chng | S10 | 38500 | Pharma Sales Re |
| 31-MAR-2003 | Hire | Replcmnt | S10 | 38500 | Pharma Sales Re |

For the UK, if your data is incorrect or you have questions, please notify your HR
Contact.

For the US, if your data is incorrect or you have questions, please contact GSK's
Employee Response Center (ERC) at 1-888-493-6756 (toll free US), (919) 493-6756
(local) or 8703-6756 (internal or network), 001.919.493.6756(UK).

For employees outside of the US or UK, should you have any questions regarding the
content of this site, please email 'Global X HRIS'

We are very interested in your comments on content and style.
Please take a moment to complete the Feedback Form . Thank you.

(143.193.132.210)

Updated: 20-Aug-2001 by HRIT

Copyright © 2001 GlaxoSmithKline PLC

EXHIBIT 28
Althea L. Miller
CSR No. 3353
Date: 4 22 09
Witness:
Christopher

Christopher 0002

 GlaxoSmithKline

**DATE:**     5/18/07

**TO:**       Michael Christopher          cc:  Chris Hanson
                                               Kim Teunis

**FROM:**     Joe Golson

**SUBJECT:**  <u>**SEPARATION NOTICE**</u>

EXHIBIT 34
Althea L. Miller
CSR No. 3354
Date: 4/22/09
Witness:
Christopher

This memo is to inform you that it has been determined that you have violated
GlaxoSmithKline's Code of Conduct policy. As a result, you are being separated from
employment effective Thursday, May 17, 2007.

More specifically, upon review of information gathered during an internal investigation
by the Pharma Compliance Department, it was determined that you submitted call
reporting records to the Company via the Passport system reflecting calls on health care
providers which did not occur. As you are aware, you were interviewed regarding these
issues on April 30, 2007. During the interview you acknowledged, for example, that you
did not have interaction with health care providers Julia Schlomer, PA on 4/12/07, Dr.
Valerie Sorkin-Wells on 2/13/07, and Dr. Kathleen Schwartz on 2/12/07. However, you
submitted records reflecting calls on those health care providers.

During the interview with Compliance, you acknowledged your understanding of a "call"
as a face-to-face dialogue with a HCP utilizing a visual aid or appropriate selling
materials for reinforcement. Your DSM forwarded communications of similar import to
all district staff to eliminate any confusion about the definition of a sales call. The
submission of false call activity is a serious violation of Company policy warranting
immediate separation from employment.

In conjunction with your separation from employment, you will receive pro-rated
payment for your unused vacation.

You will soon be receiving information from the Benefits Center about your
GlaxoSmithKline benefits.

**CONFIDENTIAL**

GLAXC016825