# INDEX OF EXHIBITS

## TO

## STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, PLC'S MOTION FOR SUMMARY JUDGMENT

(Michael Shane Christopher, et al. v. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Case No. CV 08-01498-PHX-FJM)

Exhibit D          Declaration of William D. Curtin and Exhibits thereto (Part 1 of 10)

# EXHIBIT D
### (Declaration of William D. Curtin)

## TO

## STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT SMITHKLINE BEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE, PLC'S MOTION FOR SUMMARY JUDGMENT

(Michael Shane Christopher, et al. v. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, Case No. CV 08-01498-PHX-FJM)

1  BARBARA L. JOHNSON (admitted in pro hac)
   barbarajohnson@paulhastings.com
2  DONNA D. MELBY (admitted in pro hac)
   donnamelby@paulhastings.com
3  HOLLY R. LAKE (admitted in pro hac)
   hollylake@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
6  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
7
   JAY A. ZWEIG
8  jay.zweig@byrancave.com
   BRYAN CAVE LLP
9  One Renaissance Square
   Two North Central Ave., Suite 2200
10 Phoenix, AZ 85004-4406
   Telephone:  (602) 364-7300
11 Facsimile:  (602) 716-8300

12 Attorneys for Defendant SmithKline
   Beecham Corporation, d/b/a GlaxoSmithKline
13

14              IN THE UNITED STATES DISTRICT COURT

15                  FOR THE DISTRICT OF ARIZONA

16

17 Michael Shane Christopher, filing       No.  CV08-01498-PHX-FJM
   individually and on behalf of all others
18 similarly situated; and Frank Buchanan,
   filing individually and on behalf of all
19 others similarly situated;

20         Plaintiffs,                      **DECLARATION OF WILLIAM D.**
                                            **CURTIN**
21 vs.

22 SmithKline Beecham Corporation,
   d/b/a GlaxoSmithKline,
23
           Defendant.
24

25

26      I, WILLIAM D. CURTIN, hereby declare as follows:

27      1.      I currently am employed by SmithKline Beecham Corporation d/b/a

28 GlaxoSmithKline as Director of Specialty Professional Development, and I have

# Curtin.Doc

Page 2 of 9 received on 5/22/2009 11:52:46 AM [Eastern Daylight Time] for 7168300.

1   held this position since March 2009. I currently am responsible for directing selling

2   skills training efforts in the specialty divisions.

3       2.        Between June 2003 and March 2009, I held the positions of Director

4   of Sales Training, Director of Sales Skills Development, and Director of Sales

5   Force Effectiveness. I have worked in positions involving training provided to

6   sales representatives, including positions involving the design of sales

7   representative training programs, since January 1998 (though I served as a District

8   Manager from October 1999 to November 2001), and I have been employed by

9   GlaxoSmithKline or one of its predecessor companies since December 1991.

10       3.        I have personal knowledge of the facts set forth in this Declaration,

11   and, if called and sworn as a witness, I could and would testify as to their accuracy.

12       4.        I make this Declaration entirely of my own free will and choice. No

13   promises of benefits or threats have been made to me to persuade me to sign it.

14       5.        I am familiar with the types of training materials and programs

15   utilized by GlaxoSmithKline to train its sales representatives.

16       6.        Sales representatives directly interact with physicians and healthcare

17   providers on a regular basis; accordingly, they play a critically important role in

18   both driving the demand for GlaxoSmithKline products and maintaining

19   GlaxoSmithKline's positive relationship with the medical community. As a result,

20   GlaxoSmithKline devotes substantial resources to the training of its sales

21   representatives.

22       7.        All GlaxoSmithKline sales representatives, including both Michael

23   Shane Christopher ("Christopher") and Frank Buchanan ("Buchanan"), receive

24   extensive specialized sales training when they are hired. This training takes

25   approximately eight to ten weeks to complete.

26       8.        All sales representatives, including Christopher and Buchanan,

27   continue to receive specialized sales training, including training through eForce

28   training modules, throughout the course of their employment by GlaxoSmithKline.

-2-

1      9.      Sales training is designed to provide sales representatives with

2   specialized knowledge, guidance, techniques, and tools to help them achieve their

3   sales objectives, including obtaining commitments from physicians to prescribe

4   GlaxoSmithKline products for appropriate patients.

5      10.    Sales representatives are trained, among other things, on how to: (i)

6   analyze data regarding the prescribing habits of the physicians on whom they call,

7   (ii) plan and prepare to make an effective sales call, (iii) analyze clinical studies

8   concerning their products so that they can anticipate and respond appropriately to

9   customer questions, (iv) engage their customers in meaningful discussions about

10   the products they are selling, (v) gain their customers' interest through engaging

11   communications, (vi) appropriately respond to objections physicians might have to

12   using GlaxoSmithKline products for patients by using questioning techniques and

13   active listening skills, (vii) convey sales messages in a manner that will be most

14   effective on a particular sales call, (viii) determine what level of commitment

15   should be sought on a particular sales call, and (ix) close the sale by obtaining the

16   desired commitment (*e.g.,* a commitment to prescribe GlaxoSmithKline products

17   for appropriate patients).

18      11.    From time to time, GlaxoSmithKline implements specific sales and

19   sales training initiatives.

20      12.    Between 2001 and 2004, all GlaxoSmithKline sales representatives,

21   including Christopher and Buchanan, received training on the Assertive Selling

22   Always Professional ("ASAP") Selling Model. Under the ASAP Selling Model,

23   sales representatives received specialized sales training that was broken into eight

24   steps: (i) pre-call planning, (ii) total office call selling, (iii) delivering an effective

25   opening, (iv) identifying/creating needs, (v) the value of positioning, (vi) handling

26   resistance, (vii) closing the sales call, and (viii) analyzing the sales call. Among

27   other things, sales representatives were trained to gain commitments from their

28   customers to take specific action, including, ultimately, to prescribe

-3-

1    GlaxoSmithKline products to appropriate patients, by asking questions that seek
2    commitments to action. An accurate copy of the Leader's Guide for the ASAP
3    Selling Skills training that was provided to new GlaxoSmithKline sales
4    representatives, which describes this specialized sales training that was provided to
5    sales representatives, is attached hereto as Exhibit A.

6        13.    Since 2004, all sales representatives, including Christopher and
7    Buchanan, have received extensive training on the When? Why? How? ("WWH")
8    approach to sales strategy and techniques (the "GSK Sales Call Model"). The GSK
9    Sales Call Model was implemented as a part of GlaxoSmithKline's Worldwide
10   Sales Force Excellence ("WSFE") sales initiative and distills the philosophy, key
11   tactics, and research of the WSFE initiative into three simple questions that seek to
12   connect the prescriber to the GlaxoSmithKline brand: (i) When should I use this
13   product? (ii) Why should I use this product? and (iii) How should I use this
14   product?

15       14.    Under the GSK Sales Call Model, sales representatives are trained to
16   focus on the customer and to ensure that, by the end of each sales call, answers to
17   all WWH questions have been answered. They also are trained on other sales
18   strategies, including: (i) the Total Practice Call, which teaches that selling time
19   should be optimized by presenting the GlaxoSmithKline brand, services, ideas,
20   goals, and vision to anyone who impacts the ability to prescribe GlaxoSmithKline
21   products, (ii) the Brand Bonding Ladder, which teaches that physicians who rarely
22   prescribe products in the GlaxoSmithKline brand must be approached in a different
23   manner from physicians who regularly prescribe products in the GlaxoSmithKline
24   brand, and (iii) Brand Selling with Passion, which teaches that consistently
25   communicating the essence of the brand and linking that brand essence to customer
26   needs increases sales success. An accurate copy of the WWH launch magazine,
27   which describes the WWH approach to sales strategy and techniques, the Total
28   Practice Call, the Brand Bonding Ladder, and Brand Selling with Passion, is

-4-

1   attached hereto as Exhibit B.

2      15.     Since at least 2001, all sales representatives, including Christopher

3   and Buchanan, have received extensive sales training on GlaxoSmithKline's

4   "Winning Practices," which are a set of competencies, skills, and behaviors

5   designed to achieve sales success and against which sales representatives'

6   performance is measured and evaluated. GlaxoSmithKline's Field Coaching Tool

7   focuses on "the behaviors and skills identified through research as being critical in

8   achieving the most effective sales calls" and guides coaching and training "toward

9   the use of the WSFE GSK Sales Model, tactics of high impact sales calls, targeted

10   Winning Practices, and ongoing development." An accurate copy of the Field

11   Coaching Tool Kit, which is "a coaching and development resource designed to

12   capture and provide feedback on proven high impact sales tactics and targeted

13   Winning Practices," is attached hereto as Exhibit C.

14      16.     Through 2006, there were nine Winning Practices, and sales

15   representatives, including Christopher and Buchanan, were taught that superior

16   performers engage in the following activities:

17      (a)     *Implement Their Own Plan to Grow the Territory.* Sales

18   representatives were taught that superior performers, among other things: (i)

19   effectively use technology to track progress, accurately interpret any variance from

20   objectives, and adjust plans accordingly, (ii) develop and implement innovative

21   approaches to solve problems and overcome barriers to success, (iii) gain

22   competitive advantage by quickly recognizing and acting on important local trends,

23   challenges, and opportunities to grow the business, and (iv) mobilize and

24   coordinate team members to maximize local business opportunities.

25      (b)     *Gain Insights into Key Customers.* Sales representatives were taught

26   that superior performers, among other things: (i) use each customer's hot buttons to

27   gain greater access, sales impact, and customer satisfaction and (ii) have a complete

28   grasp of the latest prescribing trends of every key customer and use this insight to

-5-

1    improve targeting efforts and selling approach.

2        (c)    *Build Strong Business Relationships with Customers*. Sales
3    representatives were taught that superior performers, among other things: (i) create
4    opportunities to spend extended time developing strong personal relationships with
5    key customers and thought leaders, (ii) use distinctive methods and persistence to
6    get exposure and access to high-potential customers, (iii) implement specific plans
7    that develop thought leaders into GlaxoSmithKline product champions, (iv)
8    position GlaxoSmithKline as the "go to" company to help solve business and
9    clinical practice problems, and (v) leverage strong relationships to produce loyalty
10    and above average market share growth.

11        (d)    *Master Disease Area and Product Knowledge*.  Sales representatives
12    were taught that superior performers, among other things: (i) understand and can
13    spontaneously discuss the results and implications of significant clinical studies, the
14    latest relevant clinical research, and emerging trends in the therapeutic area and (ii)
15    identify potential weaknesses in proof sources, anticipate questions, and prepare
16    answers.

17        (e)    *Prepare for Each Call*.  Sales representatives were taught that superior
18    performers, among other things: (i) "think like the customer" to accurately
19    anticipate customer needs, competitive challenges, and customer objections, (ii)
20    prepare effective responses and obtains proof sources, and (iii) develop innovative
21    approaches to create extra interest or impact during the call.

22        (f)    *Engage Each Customer in a Dialogue About Products*.  Sales
23    representatives were taught that superior performers, among other things: (i) adjust
24    the timing and approach of the sales call based on an accurate read of the office
25    climate, customer receptivity, and situational opportunity, (ii) leverage the
26    influence of thought leaders and gatekeepers to build sales momentum, (iii) engage
27    the physician in deeper level conversation about products, research, expert opinion,
28    and prescribing practices, and (iv) make effective group presentations, while

-6-

1    anticipating and adjusting to the needs of the audience.

2         (g)    *Gain the Best Possible Commitment on Every Call.*  Sales
3    representatives were taught that superior performers, among other things: (i)
4    recognize which commitment is most important for the business, (ii) ask for the
5    business, creatively and professionally, to gain the maximum commitment on every
6    call, and (iii) always leave the office with a tangible "next step" commitment that
7    increases the importance of the next call.

8         (h)    *Continually Add Value to the Customer.*  Sales representatives were
9    taught that superior performers, among other things: (i) uncover and seize novel
10   opportunities to benefit the physician, staff, patients, or business operation, (ii)
11   develop a strong network and use this to link key customers with the resources,
12   people, or opportunities that could benefit them, (iii) utilize working knowledge of
13   significant off-label studies, (iv) use knowledge of key customers' business and
14   marketplace trends to help them "think into the future" and adapt or improve their
15   business, and (v) become a visible and contributing member of the medical
16   community.

17        (i)    *Demonstrate Initiative, Passion and Persistence to Get Results.* Sales
18   representatives were taught that superior performers, among other things: (i)
19   demonstrate relentless energy and persistence in pursuing goals, exceeding
20   customer expectations, and overcoming obstacles, (ii) accept full responsibility for
21   the success of the territory, (iii) readily offer help, suggestions, and coaching to
22   other sales representatives, and (iv) implement plans that will ensure long-term
23   success.

24        17.    Since the end of 2006, GlaxoSmithKline has condensed the nine
25   Winning Practices to seven Winning Practices, though they remain substantially the
26   same: (i) Own the Territory Business, (ii) Work as a Team to Drive Results, (iii)
27   Master Professional Knowledge, (iv) Plan Every Call, (v) Sell Through Customer-
28   Focused Dialogue, (vi) Get the Best Possible Commitment on Every Call, and (vii)

-7-

1    Provide Added Value to the Customer Relationship.  Sales representatives continue
2    to be taught that they should following these Winning Practices against which they
3    are evaluated.  An accurate copy of the Winning Practices Self Development Guide,
4    which describes the seven Winning Practices and specialized sales techniques and
5    strategies provided to GlaxoSmithKline sales representatives, is attached hereto as
6    Exhibit D.

7         18.    As a part of their training, sales representatives memorize answers to
8    certain questions about the products for which they are responsible to ensure that
9    they are familiar with those products and can effectively respond to customers'
10   questions.  They also learn "core" messages for use when selling particular
11   products.  Sales representatives, however, are not trained simply to recite these
12   answers or core messages or otherwise to recite prepared "scripts" during their sales
13   calls.  Instead, they are trained on how to incorporate this information into
14   individually-tailored sales calls.  A sales representative who depends on reciting
15   prepared answers, messages, or scripts, rather than asking open-ended questions,
16   discovering physicians' needs and reservations, responding to physicians' concerns
17   directly, and tailoring his sales technique to the individual customer, is failing to
18   perform his job in accordance with the training that he was provided.

19

20        I have read this Declaration, and I declare under penalty of perjury under the
21   laws of the United States that the foregoing is true and correct.
22        EXECUTED this 22nd day of May, 2009.

23

24

25   William Curtin

26

27

28

-8-

# EXHIBIT A

# ASAP Selling Skills



### Purpose

To provide the representatives an interactive review of the concepts in the Assertively Selling Always Professional (ASAP) Selling Model. By the end of the module, they will understand how to sell GSK products using ASAP selling skills.

**This program is FACILITATOR driven! The CD-ROM is only a means of initiating a rich discussion. The true learning points come from the facilitator in conjunction with the group of representatives being trained.**



### Time

**8 hours**



### Process

Introduction

Show the "Boiler Room" Video

Review components of ASAP Selling Model

8 individual CD-ROM guided facilitations around the 8 components of the ASAP Selling Model followed by activities

Review the ASAP Video Observation Form

Review video Role-Play and Verbal Certification Process

Wrap-Up

"Not for Customers, For Training Purposes Only"

**Ready…Set…Sell!**                                **GSK New Representative Training**

**TRAINER NOTE**

The ASAP model is broken into 8 steps.  The basic format for each of the 8 steps in this module is as follows:

Show the clip of rep A during one portion of ASAP, facilitate out the points that were good and any areas for improvement.  Then show the clip of rep A in a possible outcome of the previous clip. Think of the first clip as "cause" and the second clip as "effect". This then repeats for the next two reps. After the third rep, show the clip of sales center and then any additional notes.  This will bring us to the next step in the ASAP model.



**Materials Needed**

- Computer and data show
- Boiler Room Videotape
- Ready…Set…Sell! CD-ROM
- Ready…Set…Sell!  Leader's Guide
- Ready…Set…Sell!  Participant's Guide
- ASAP Selling Model Poster Board
- ASAP Selling Model Drilldown Poster
- Video Observation Form and Acetate
- 6 flip charts

**TRAINER NOTE**

Prior to beginning of modules create the following flipcharts and setup the appropriate ASAP posters.



**#1-Your Name and ASAP Selling Skills Module**

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"



### Objectives

Understand the concepts behind the ASAP Selling Model

Identify the proper skills related to ASAP selling

Understand how to sell GSK products using ASAP selling skills

Learn the expectations for product video role-play



1. **Feature (F)**

2. **Competitive Comparison or Jab (*)**

3. **Benefit of GSK Product (B)**



# Introduction



### Part 1: Welcome to ASAP Selling Skills

**Why are selling skills so important?**

**Good selling skills improve our chances of altering the prescribing habits of our customers. Selling skills makes us more persuasive, compelling, and impactful!**



We're going to take a look at a quick video clip. I want you to look for core selling skills..

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"

# Introduction



**Show video clip from "Boiler Room"**



I asked you to look for selling skills. He did a pretty good job. I definitely saw "urgency" in his call. (FIRE) What do you think of the tele-marketer on the phone? ?

**(Facilitate Responses)**

> **TRAINER NOTE**
>
> Keep your comments at 50K view
>
> The following selling skills were present:
>
> ♦ Product positioning
>
> ♦ Competitive selling
>
> ♦ Benefits
>
> ♦ Closing
>
> ♦ Memorable and impactful
>
> The call was not great. Reinforce, The call had some fundamental skills after he was coached. We are going to use this to build the foundation for our call.
>
> Transition to Objectives



**Please follow along in your Participant's guide during the program.  There is room to takes notes during every section and you may want to write down any great ideas that come out of the group today that you want to steal.**

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"

| Ready…Set…Sell! | GSK New Representative Training |

# Introduction



### Part 2: Review Objectives

1.  Understand the concepts behind the ASAP Selling Model

2.  Identify the proper skills related to effective selling

3.  Understand how to sell GSK products using ASAP selling skills

4.  Learn the expectations for graded video role-play



### Part 3: Review the ASAP Selling Model

We are going to utilize this Model and incorporate key product knowledge to build an impactful, assertive and memorable sales call. Before we get started, what do think are the components of a sales call? (Drill down and paraphrase until you get all 8 components of the ASAP model.



"Let's take a closer look at the ASAP Selling Model. (Refer to ASAP poster board)  As you can see, every step needed for a successful sale call is here.  Why do you think the ASAP Selling Model is designed as a circle?" (Paraphrase and Facilitate responses)

Let's begin. I want you to fill in the steps in your ASAP Participates' Guide.

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"

# Introduction

**TRAINER NOTE**

The ASAP Selling Model is designed as a circle to illustrate that no one part is more important than another is. The arrows illustrate the additional elements that are necessary to support a successful sales call. The ASAP Selling Model is your foundation that will allow you to roadmap your call. We are now going to drill down the ASAP model to understand the components. Read ASAP Sales Model with Poster Board.

| | |
|---|---|
| -   Pre-call Plan | T |
| -   Total Office Call | E |
| -   Opening | M |
| -   Identifying/Creating Needs | P |
| -   Positioning Value | C |
| -   Handling Resistance | H |
| -   Closing/Bridging | E |
| -   Analyze the Call | C |
| | K |

Have representatives' use Participant's Guide to fill in the steps to the GSK ASAP sales call.



**Why isn't Temp-check one of the steps?  Because you can temp check during every step of a call to make sure you have your customer engaged in a dialogue and that you are meeting the needs identified in the call.  What are some exemples of temp checks?**

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"

# Introduction

> **TRAINER NOTE**
>
> Provide a 50K view of each component of the ASAP Model. During homestudy the representatives utilized a Mock Sales Aid and began building the "foundation" for a successful call. As you begin rollout of this module you will follow/repeat this process:
>
> ◆ Facilitate the importance of elements of the ASAP Model. I.e. "Why should we pre-call plan?"
>
> ◆ Link SKILLS to behavior. "How will pre-call planning increase the effectiveness of our call?"
>
> ◆ Representatives will have an opportunity to verbalize each "step" of the sales call.
>
> ◆ Repeat process until representatives have built an impactful, memorable and effective call.

**Ready...Set...Sell!** | **GSK New Representative Training**



### Part 4: Pre-Call Planning

Why do we need to pre-call plan?

Why not just walk in the door, find the doctor, and start selling our product?  The time we spend in the car looking at our computer could be better used calling on an important customer, right?

What data is available to use as representatives?

What do you want to know about a customer before you make a call?

What is your desired outcome or goal of a sales call?

**TRAINER NOTE**

As a new representative, you want to make the very first sales call be the best call you can make.  With that in mind, you should set call objectives and plan your selling message. Set the expectations from day one that you will not be a "sample dropper".



**Show CD-ROM clip of Sales Center 1**

–   The Sales Center will introduce the CD-ROM and ASAP Model.



Let's take a look at Drew as he prepares for a sales call.  Drew sells Reflux for the treatment of GERD.  Drew is preparing to call on Dr. Freeman.  As you watch, write down what Drew does well and areas where Drew can improve his pre-call plan.

 **Show CD-ROM clip of Drew**

— **Pre-call # 1** (Bad – PSR goes into call with no pre-call plan)

 Let's discuss that video clip

**What if anything did Drew do well?**

- Drew had a high level of energy
- Drew was enthusiastic
- Knew key points vs. competitor

 **What areas can Drew improve upon to make his pre-call planning more effective?**

- There was no use of data,
- Called on 4-8 weeks ago- too vague,
- Did not plan on using a sales aid or clinical,
- No call objectives,
- No review of call notes

 **What do you think is a possible outcome of this call? Let's find out!**

 **Show CD-ROM clip of the Drew's Pre-Call Planning #2 to show a possible outcome of Drew's pre-call plan**

> **TRAINER NOTE**
>
> Without a plan, you have no objective for the sales call. The selling message you deliver will be poorly received.

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"



Now let's take a look at a different rep.  Here Tonya is preparing to sell her product Comega to Dr DePriest. Remember that Comega is the new cure for the common cold. Let's observe Tonya's pre-call plan and take notes as to what Tonya did well and areas she needs to improve.



Show CD-ROM clip of Tonya performing her pre-call plan for Comega

- Pre-call # 2 (Good – PSR reviews multiple sources of data but fails to review call history notes and fails to set a call objectives)



What made that clip a more effective pre-call plan than Drew's pre-call plan? (Facilitate Responses)

- PSR gathers appropriate sales material for the call.
- Reviews market share data.



What areas for improvement if any can we find in this Tonya's pre-call plan?

- She failed to set a call objective
- Failed to review previous call notes, because of this she may have forgotten a key request from previous call
- Pulled information from memory and not from a quick review on her computer



Process continues, every call builds on the previous call and it's very important to pre-call plan



What do you think is a possible outcome of this call? Let's find out!



Show CD-ROM clip of the Tonya's Pre-Call Planning #2 to show a possible outcome of her pre-call plan

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"

 Now let's take a look at our third rep. Here Ashley is preparing to sell her main product Stresslax to Dr Wilkins. Remember, Stresslax is indicated for Anxiety AND depression. Let's observe Ashley's pre-call plan and take notes as to what Ashley did well and areas she needs to improve

 Show CD-ROM clip of Ashley performing her pre-call plan for Stresslax

— Pre-call # 3 (Good – PSR reviews multiple sources of data, review call history notes and sets a call objectives)

 What did Ashley do in her pre-call plan that you will want to steal and execute during your own pre-call planning when you get back into your territories?

- Reviews multiple sources of data, market share, growth track, managed care standing and competition

- Reviews her call notes and partners call notes

- Sets a call objective

- Prepares all needed support pieces

 In what area can Ashley improve her pre-call planning?

It seemed like she lacked a little confidence but it was great pre-call plan

 What do you think is a possible outcome of this call? Let's find out!

 Show CD-ROM clip of the Ashley's Pre-Call Planning #2 to show a possible outcome of Ashley's pre-call plan

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"



What information do you have at your disposal to pre-call plan?

Market share and trends

Business potential per product

competitive data

managed care standing

call notes, yours and your teammates

review of support material you will use

> **TRAINER NOTE:**
>
> Review the following in your own words:
>
> "Pre-call planning is a critical component of the ASAP Selling Model. Review call notes, targeting data, and information gathered from colleagues to set an appropriate objective for your call."
>
> Powerline, Passport Plus, call notes, information from teammates



**Show the "ADDITIONAL NOTES" off the CD-ROM to reinforce key learnings.**



**Show CD-ROM clip of Sales Center 2 to review the standings after Pre-Call Planning and to reinforce key learnings**

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"



**Run the Pre-Call Planning activity.**

Break room into 6 groups.  Two groups will get the passport profile handout for Dr Wilkins. Two groups will get the passport profile handout for Dr DePriest. Two groups will get the passport profile handout for Dr Freeman.

Give each group 10 minutes to execute a pre-call plan on their assigned doctor.  Instruct them to answer the following questions:

- What product will you lead with

- List all key information about the MD

- Based on this key information, what is your strategy for the call

- What is your call objective

- Any materials you need to bring into the call.(they may need to get creative and make up some resources such as reprints)

Have the groups write the responses on a flip chart.

After 10 minutes, have each group choose a spokesperson to report your pre-call plan to the entire room. Facilitate out reasoning or justification for pre-call plan decisions.

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"



**Part 5: Total Office Call**

"What is the Total Office Call?"

"Who works in a doctors office and what are the various job titles in a physician's office?"

"Why do we call on people who cannot write prescriptions?'

"How do we approach the various office staff?'

The total office call is your interaction with everyone in the office setting. That would include the receptionist, nurse, office manager, and physician. By developing relationships with the entire office staff, you will gain access to the physician more often.



Let's take a look at Drew as he begins his "Total Office Call" portion of the ASAP sales model. Remember that Drew sells Reflux for the treatment of GERD. Drew is calling on the office of Dr. Freeman. As you watch, write down what Drew does well and areas where Drew can improve his "Total Office Call". Also observe which personnel Drew focuses on OTHER than the MD.



Show CD-ROM clip of Drew

&mdash;   **Total Office Call #1**



Let's discuss that video clip

What if anything did Drew do well?

- **Drew had a high level of energy**
- **Probed for information on the MD's treatment protocol**



What areas can Drew improve upon to make his Total Office Call more effective?

- **Remember peoples name, the sweetest sounds to people are their name and their own voice**
- 

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"



**What do you think is a possible outcome of this call? Let's find out!**



**Show CD-ROM clip of the Drew's Total Office Call #2 to see a possible outcome of Drew's Total Office call**

- **Don't waste time in the waiting room w/ a magazine, review clinicals, sales aids, etc.  If you aren't reading a clinical, I would assume you know every key point of every clinical verbatim.**

- **Do we detail patients in a waiting room?  NO**

> **TRAINER NOTE**
>
> Virtually every member of an office staff can provide valuable information.  The Total Office Call is a selling attitude of TOTALLY OPTIMIZING your time by presenting GlaxoSmithKline products, services, ideas, goals, and visions to anyone who impacts the ability to prescribe.



**Now let's take a look at a different rep.  Here is Tonya during her Total Office Call. Remember, she promotes Comega and is calling on the office of Dr DePriest.  Remember, Comega is the new cure for the common cold. Let's observe Tonya's Total Office Call and take notes as to what Tonya did well and areas she needs to improve.  Did she maximize EVERY available resource?**



**Show CD-ROM clip of Tonya during her Total Office Call for Comega**

- **Total Office Call # 2 (Not Good – missed the opportunity to speak with an office manager about Comega's formulary status.**



**What do you want to steal from Tonya's Total Office Call? (Facilitate Responses)**

- **Not much, but she did know the receptionist**



**What areas for improvement if any can we find in this Tonya's Total Office Call?**

- She failed to take the opportunity to sell Comega's Formulary status to the office manager

- Only focused on the physician

- Show more empathy to the staff

- Need to be more flexible and CREATE opportunities



**What do you think is a possible outcome of this call? Let's find out!**



**Show CD-ROM clip of the Tonya's Total Office Call #2 to show a possible outcome of her Total Office Call**

We should be scheduling appointments with key office staff personnel (e.g. nurses, office manager, etc)



**Now let's take a look at our third rep.  Here Ashley is entering the office of Dr Wilkins to promote Stresslax.  Remember, Stresslax is indicated for Anxiety AND depression. Let's observe Ashley's Total Office Call and take notes as to what Ashley did well and areas she needs to improve**



Show CD-ROM clip of Ashley during her Total Office Call

- Total Office-call # 1



**What did Ashley do in her Total Office Call that you will want to steal and replicate in your own territories?**

- Asked to see the doctor and not simply leave samples

- Persistent

- Met with a nurse to detail

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"

**Ready...Set...Sell!** **GSK New Representative Training**



**In what area can Ashley improve her Total Office Call?**

- Needs to know everyone's name, forgot Anne's name the RN



**What do you think is a possible outcome of this call? Let's find out!**



**Show CD-ROM clip of the Ashley's Total Office Call #2 to show a possible outcome of Ashley's Total office call**



**Show the "ADDITIONAL NOTES" off the CD-ROM to reinforce key learnings.**



**Show CD-ROM clip of Sales Center 3 to review the standings after Total Office Call and to reinforce key learnings**

**TRAINER NOTE**

In the total office call, everyone is important. By building relationships and delivering value to the office staff will allow you to gain the access with the physician on a consistent basis.

Review the following in your own words:

The objective of your sales call is not to "get a signature" or just leave samples because there is no actual "selling" occurring either with the staff or the doctor. As part of the Total Office Call, you need to be delivering value during the sales call by cultivating relationships, providing information about your product, and offering services that bring value to the practice.

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"



### Run the Total Office Call activity.

In this exercise, you will use the exercise in the participant's guide. Instruct the group to turn to the 'Total Office Call' section of their participant's guide. There are six positions in a physician's office outlined in the guide. They are:

1. Receptionist / Administrative Assistant

2. Physician Assistant

3. Medical Assistant

4. Office Manager / Clinical Coordinator

5. Nurse – NP , RN , LPN

6. Pharmacist

Break the room into six groups and assign each group one of the positions listed above. Give the room 10 minutes to read the profile of the position and answer the questions about that position in the guide. After 10 minutes have each group report out their findings. After each group presents, facilitate out any additional answers from the rest of the room.

### GROUPS THAT ARE NOT PRESENTING SHOULD BE TAKING NOTES IN THEIR PARTICIPANT'S GUIDE.

At the end of the exercise, show the group the last 3 pages of this section in their participant's guide which outlines suggested questions you can ask in an office during your total office call

"Not for Customers, For Training Purposes Only"



## Part 6: Opening

"How should we Open a sales call?"

> **TRAINER NOTE**
>
> The steps to a successful opening to a sales call include:
>
> - Generating rapport
>
> - Transitioning rapport to product call with a "catch" or "hook."
>
> - Beginning the product sales call with the disease state or patient type related to your product.



Let's take a look at Drew as he Opens his sales call. Drew is attempting to sell Reflux to Dr Freeman. As you watch, write down what Drew does well and areas where Drew can improve his "Opening" techniques.



**Show CD-ROM clip of Drew**

- **Opening # 1** (Bad – PSR never transitions to the disease state, current reference, or patient type.



Let's discuss that video clip

**What if anything did Drew do well?**

- Drew used information on a staff member's husband who is on reflux to open his call.  This is a good hook

- 

"NOT FOR CUSTOMERS, FOR TRAINING PURPOSES ONLY"



**What areas can Drew improve upon to make his Opening more impactful?**

- Drew dropped the ball by not asking a follow-up question around the patients who could benefit from reflux. The call seemed to go nowhere.



**What do you think is a possible outcome of this call? Let's find out!**



**Show CD-ROM clip of the Drew's Opening #2 to show a possible outcome of Drew's Opening**

- **The doctor had to prompt him to present new information**

**TRAINER NOTE**

Build an effective opener as a one-two combination:

1. First make an attention-getting comment to capture attention and interest. The comment might refer to
   - Disease state
   - Patient type
   - Clinical article
   - News story or media reference
   - Information from another staff member
   - Your last call on that MD
2. Then ask a follow-up question to engage the doctor in dialogue



**Now let's take a look at our second representative. Here Tonya is attempting to open her call on Dr DePriest. Let's observe Tonya's opening and take notes as to what Tonya did well and areas she needs to improve.**